# EXHIBIT 9

**WHATCOM COUNTY**
**PUBLIC WORKS DEPARTMENT**

**Elizabeth Kosa**
**DIRECTOR**



***ADMINISTRATION***
CIVIC CENTER
322 N. Commercial Street, Suite 210
Bellingham, WA 98225
Telephone: (360) 778-6282
www.whatcomcounty.us
EKosa@co.whatcom.wa.us

Ms. Lena Tso,
Compliance Officer, Lummi Nation Tribal Historic Preservation Office

I hope this message finds you and your family safe and well.

Our tribal liaison, Roland Middleton has brought to my attention your email regarding the encroachment permit applications by Whidbey Telecom for utility work in Point Roberts. We have researched the applications and find that indeed the permits were issued. Although the permits were conditioned with an inadvertent discovery requirement, the requirement for an archaeological resources site assessment and notification was not completed. It appears on our end that the newly installed permitting software no longer flags Point Roberts with the requirements of Whatcom County Code Chapter 20.72.652. The County recognizes, however, that a software glitch is not an excuse for missing this very important process. To help prevent similar oversights in the future, we are establishing strong training protocols, especially for Point Roberts and Birch Bay. Additionally, we are updating the parcel information in the new software to better identify all of Point Roberts Special District and the recent areas of the Birch Bay Cultural Resources Management Plan.

I greatly appreciate your spirit of bettering County and Tribal communications. Know that Whatcom County remains committed to its role in improving the protection and preservation of cultural resources.

In addition, I understand you are willing to participate in the hiring panel for our in-house archaeologist. We greatly appreciate expanding every area of communication, respect, and understanding with the Lummi Nation.

Sincerely,

Elizabeth Kosa, Director