UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUMMI NATION,<br><br>Plaintiff,<br><br>vs.<br><br>WHIDBEY TELEPHONE COMPANY, et al.,<br><br>Defendants. | Case No. 2:26-cv-01435-KKE<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO LEAVE TO FILE EXHIBITS UNDER SEAL |

The Court, having considered Plaintiff's Motion for Leave to File Exhibits Under Seal In Support of Plaintiff's Motion for Preliminary Injunction, HEREBY GRANTS the Motion and ORDERS under LCR 5 that the following documents shall be maintained under seal by the Clerk of this Court unless subsequently ordered otherwise:

- Exhibits 1, 2, 3, 4, 5, 6, 8, 9, and 10 to Plaintiff's Motion for Preliminary Injunction.

IT IS SO ORDERED

DATED this ____________ day of _______________, 2026.

______________________________

JUDGE KYMBERLY K. EVANSON



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

Presented By:

/s/ Gabriel D. Cantu, Bar No. 52733
OFFICE OF THE RESERVATION ATTORNEY,
LUMMI NATION
2665 Kwina Road
Bellingham, WA 98226
Tel: (360) 384-7110
Email: GabrielC@lummi-nsn.gov

/s/ Gregory Alan Werkheiser, Virginia Bar No. 45986
Marion Forsyth Werkheiser, Virginia Bar No. 65454
Katherine Lee Sorrell, Texas Bar No. 24129460
Lydia Dexter, Oregon Bar No. 233151
Jessie Barrington, Virginia Bar No. 100685
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, Virginia 23223
Tel: (202) 567-7594
Emails: greg@culturalheritagepartners.com
marion@culturalheritgepartners.com
katherine@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
*Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Defendants via CM/ECF electronic notice.

s/ Gabriel D. Cantu
Counsel for the Lummi Nation
GabrielC@lummi-nsn.gov

*Counsel for Plaintiff*