# EXHIBIT 11

11/3/2014 KMB

# I might implement the IDP / UDP if …

## I see strange, different or interesting looking dirt, rocks, or shells




- Often have a layered or "layer cake" appearance
- Often associated with black or blackish soil
- Often have very crush and compacted shell

