UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUMMI NATION,

Plaintiff,

vs.

WHIDBEY TELEPHONE COMPANY, et al.,

Defendants.

Case No. 2:26-cv-01435-KKE

NOTICE OF STATUS OF MEET-AND-CONFER EFFORTS REGARDING PLAINTIFF'S MOTION FOR LEAVE TO SEAL EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiff hereby submits this Notice to update the Court on the status of meet-and-confer efforts with counsel for Defendant Whidbey Telephone Company d/b/a Whidbey Telecom ("Whidbey Telecom") and the United States Department of Agriculture and the United States Department of Commerce ("Federal Defendants") regarding Plaintiff's Motion for Leave to Seal Exhibits in Support of Motion for Preliminary Injunction (Dkt. #13–13-1) ("Motion"), filed on May 7, 2026.



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

## MEET-AND-CONFER EFFORTS – WHIDBEY TELECOM

On May 14, 2026, counsel for Plaintiff and counsel for Whidbey Telecom conducted a meet-and-confer conference via Zoom videoconference. During that conference, the parties in attendance were unable to reach an agreement regarding the relief sought in Plaintiff's Motion. Accordingly, Whidbey Telecom's opposition, if any, is anticipated in accordance with the Local Rules.

## MEET-AND-CONFER EFFORTS – FEDERAL DEFENDANTS

As of the date and time of this filing, no attorney has entered a Notice of Appearance on behalf of the Federal Defendants in this action. Accordingly, Plaintiff has not been able to initiate a meet-and-confer with counsel for the Federal Defendants regarding the Motion. Plaintiff will initiate meet-and-confer efforts with counsel for the Federal Defendants promptly upon their appearance on the docket and will notify the Court of the outcome of those efforts by way of further notice.

## CONCLUSION

Plaintiff has made repeated, good-faith efforts to meet-and-confer with counsel for Whidbey Telecom regarding the Motion. Those efforts culminated in a Zoom videoconference on May 14, 2026, at which the parties were unable to reach an agreement. Plaintiff will file a further notice promptly upon the appearance of counsel for the Federal Defendants and the completion of meet-and-confer efforts with respect to those defendants. Plaintiff respectfully requests that the Court take note of the foregoing in connection with its consideration of the Motion.

#

#



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

Respectfully submitted,

Dated: May 15, 2026

/s/ Gabriel D. Cantu, Bar No. 52733
OFFICE OF THE RESERVATION ATTORNEY,
LUMMI NATION
2665 Kwina Road
Bellingham, WA 98226
Tel: (360) 384-7110
Email: GabrielC@lummi-nsn.gov

/s/ Gregory Alan Werkheiser, Virginia Bar No. 45986
Marion Forsyth Werkheiser, Virginia Bar No. 65454
Katherine Lee Sorrell, Texas Bar No. 24129460
Lydia Dexter, Oregon Bar No. 233151
Jessie Barrington, Virginia Bar No. 100685
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, Virginia 23223
Tel: (202) 567-7594
Emails: greg@culturalheritagepartners.com
marion@culturalheritgepartners.com
katherine@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
*Pro Hac Vice*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on Defendants via CM/ECF electronic notice.

s/ Gabriel D. Cantu
Counsel for the Lummi Nation
GabrielC@lummi-nsn.gov

*Counsel for Plaintiff*



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110