UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUMMI NATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPANY d/b/a WHIDBEY TELECOM; WHATCOM COUNTY; UNITED STATES DEPARTMENT OF AGRICULTURE; and UNITED STATES DEPARTMENT OF COMMERCE<br><br>Defendants. | CASE NO.: 2:26-cv-01435<br><br>DEFENDANT WHIDBEY TELEPHONE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO SEAL<br><br>MOTION NOTING DATE:<br>JUNE 4, 2026 |

Defendant Whidbey Telephone Company d/b/a Whidbey Telecom ("Whidbey") does not oppose Plaintiff's Motion to Seal. However, Plaintiff's Motion to Seal argues that sealing the "Sensitive Location Data Exhibits" will protect against irreparable harm by removing that information from the public record, where public disclosure purportedly creates a risk of looting. Dkt. 13, pp. 1, 5, 6. Thus, Whidbey notes that Plaintiff's request to seal the locations of the sensitive sites undermines Plaintiff's assertion that a preliminary injunction is necessary, as maintaining the confidentiality of those locations mitigates the alleged risk of harm (potential looting). Whidbey respectfully submits that Plaintiff's position in support of sealing further supports Whidbey's position that preliminary injunctive relief is not warranted. Whidbey's non-opposition to the Motion to Seal should not be construed as agreement that injunctive relief is warranted.



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

DATED this 22nd day of May, 2026.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _s/ *Steven G. Wraith*_

Steven G. Wraith, WSBA #17364
Corinna Pilat, WSBA #54431
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5909 (Steve direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
Steven.wraith@wilsonelser.com
Corinna.pilat@wilsonelser.com

*Attorneys for Defendant*
*Whidbey Telephone Company*
*d/b/a Whidbey Telecom*

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 22, 2026, a true and correct copy of the foregoing was served on the attorneys of record listed below, via the method indicated:

| | |
|---|---|
| ***Counsel for Plaintiff***<br>Gabriel David Cantu<br>Lummi Indian Nation<br>2665 Kwina Rd, Suite 2600<br>Bellingham, WA 98226<br>Phone: (360) 384-7110<br>Email: gabrielc@lummi-nsn.gov<br><br>Gregory Alan Werkheiser<br>Marion Forsyth Werkheiser<br>Lydia Dexter<br>Katherine Lee Sorrell<br>Jessie Barrington<br>Cultural Heritage Partners, PLLC<br>1811 E. Grace Street, Suite A<br>Richmond, VA 23223<br>Phone: (202) 567-7594<br>Email: greg@culturalheritagepartners.com<br>marion@culturalheritagepartners.com<br>lydia@culturalheritagepartners.com<br>katherine@culturalheritagepartners.com<br>jessie@culturalheritagepartners.com<br>hannah@cultrualheritagepartners.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Service via Court Application<br>☐ Messenger |
| ***Counsel for Whatcom County***<br>Kenneth W. Harper<br>Quinn N. Plant<br>MENKE JACKSON BEYER, LLP<br>807 N. 39th Avenue<br>Yakima, WA 98902<br>Phone: (509) 575-0313<br>E-mail: kharper@mjbe.com<br>qplant@mjbe.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Service via Court Application<br>☐ Messenger |



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

| | |
|---|---|
| ***Counsel for Whidbey Telephone Company***<br>Kimberly Larsen Rider, WSBA #42736<br>Rory Leid, WSBA #25075<br>Ashley J. Stephens, WSBA #62939<br>Alexander Walton, WSBA #63150<br>Wathen \| Leid \| Hall \| Rider, PC<br>222 Etruria St<br>Seattle, WA 98109-1659<br>Phone: (206) 622-0494<br>E-mail: krider@wlhr.legal<br>rleid@wlhr.legal<br>astephens@wlhr.legal<br>awalton@wlhr.legal<br>ttomassetti@wlhr.legal<br>sblair@wlhr.legal | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Service via Court Application<br>☐ Messenger |

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 22nd day of May, 2026, at Seattle, Washington.

/s/ *Marie V. Sharpe*
Marie V. Sharpe, Legal Assistant
Marie.sharpe@wilsonelser.com



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)