Kenneth W. Harper
Quinn N. Plant
Menk Jackson Beyer, LLP
807 N. 39th Ave.
Yakima, WA 98902
*Attorneys for Defendant Whatcom County*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LUMMI NATION, a federally recognized Indian Tribe,

Plaintiff,

v.

WHIDBEY TELEPHONE COMPANY d/b/a WHIDBEY TELECOM; WHATCOM COUNTY; UNITED STATES DEPARTMENT OF AGRICULTURE; and UNITED STATES DEPARTMENT OF COMMERCE,

Defendants.

NO. 2:26-cv-01435-KKE

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WHATCOM COUNTY

Defendant Whatcom County (the "County") answers plaintiff's Complaint for Declaratory and Injunctive Relief and Damages (the "complaint") as follows:

## I. INTRODUCTION

1. Answering the first sentence of paragraph 1 of the complaint, said sentence makes no allegations against the County, and no answer is therefore required from the County. To the extent an answer is required, the County denies any failure attributable to the County is without information or knowledge sufficient to form a belief as to the truth of each



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

and every other allegation of said sentence, and therefore denies the same. Answering the second sentence of paragraph 1, said sentence makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said sentence against the County, the County admits only that it issued encroachment permits, and denies each and every other allegation of said sentence. Answering the allegations of said sentence against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 1.

2. Answering paragraph 2 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

3. Answering paragraph 3 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

4. Answering the first sentence of paragraph 4 of the complaint, said sentence makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said sentence against the County, the County denies any failures during construction and project activities attributable to the County, and therefore denies the same. Answering the allegations of said sentence against other defendants, the



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 4, the County admits only to issuing encroachment permits and is without information or knowledge sufficient to form a belief as to the truth of each and every other allegation of said sentence, and therefore denies the same. The County denies each and every other allegation of paragraph 4.

5. Answering paragraph 5 of the complaint, said paragraph makes no allegations against the County, and no answer is therefore required from the County. To the extent an answer is required, the County admits only the existence of the complaint, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 5.

6. Answering the first, second, and third sentences of paragraph 6 of the complaint, said sentences make no allegations against the County, and no answer is therefore required from the County. To the extent an answer is required, the County admits the same. Answering the fourth sentence of paragraph 6, said sentence makes no allegations against the County, and no answer is therefore required from the County. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 6.

7. Answering paragraph 7 of the complaint, said paragraph makes no allegations against the County, and no answer is therefore required from the County. To the extent an



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

8. Answering the first and second sentences of paragraph 8 of the complaint, the County admits the same. Answering the third sentence of paragraph 8, the County admits only the existence of the Whatcom County Code ("WCC"), which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 8.

9. Answering the first sentence of paragraph 9 of the complaint, the County admits the same. Answering the second sentence of paragraph 9, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

10. Answering the first sentence of paragraph 10 of the complaint, the County admits the same. Answering the second sentence of paragraph 10, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the third sentence of paragraph 10, said sentence makes no allegations against any defendant, and no answer is therefore required from the County. To the extent an answer is required, the County admits the same.

## II. JURISDICTION AND VENUE

11. Answering paragraph 11 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the complaint, which speaks for itself, and denies any other or



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

different characterization of same. The County denies each and every other allegation of paragraph 11.

12. Answering paragraph 12 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the complaint, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 12.

13. Answering paragraph 13 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

14. Answering paragraph 14 of the complaint, said paragraph makes no allegations against the County and no answer is therefore required from the County. To the extent an answer is required, and answering the first and second sentences of paragraph 14, said sentences make legal conclusions to which no answer is required. To the extent an answer is nevertheless required, the County admits only the existence of 5 U.S.C. § 702, which speaks for itself, and denies any other or different characterization of same. Answering the third sentence of paragraph 14, the County admits only the existence of the complaint, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 14.



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

15. Answering paragraph 15 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, and answering the first sentence of paragraph 15, said sentence makes no allegations against the County and no answer is therefore required from the County. To the extent an answer is nevertheless required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 15, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits the same. The County denies each and every other allegation of paragraph 15.

## III. EXHAUSTION AND PRE-SUIT NOTICE

16. Answering the first sentence of paragraph 16 of the complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 16, the County admits the same.

17. Answering the first sentence of paragraph 17 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 17, said sentence makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said sentence against the County, the County denies it "remain[s] in continuing violation" of its legal obligations and therefore denies the same. Answering the allegations of said sentence against other defendants, the County is



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the third sentence of paragraph 17, the County denies the same.

## IV. STANDING

18. Answering the first sentence of paragraph 18 of the complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 18, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 18.

19. Answering the first sentence of paragraph 19 of the complaint, said sentence makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said sentence against the County, the County denies the same. Answering the allegations of said sentence against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 19, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 19.

20. Answering the first sentence of paragraph 20 of the complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required,



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 20, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 20.

## V. THE CULTURAL SIGNIFICANCE OF THE BURIAL GROUNDS

21. Answering paragraph 21 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

22. Answering paragraph 22 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

23. Answering paragraph 23 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

24. Answering paragraph 24 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

25. Answering paragraph 25 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

26. Answering paragraph 26 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

27. Answering paragraph 27 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

## VI. THE 1855 TREATY OF POINT ELLIOTT

28. Answering paragraph 28 of the complaint, the County admits only the existence of the 1855 Treaty of Point Elliott, which speaks for itself, and denies any other or different characterization of same. The County is without information or knowledge sufficient to form a belief as to the truth of each and every other allegation of paragraph 28, and therefore denies the same.

29. Answering the first sentence of paragraph 29 of the complaint, the County admits the same. Answering the second sentence of paragraph 29, the County admits only the existence of the 1855 Treaty of Point Elliott, which speaks for itself, and denies any other or different characterization of same. Answering the third sentence of paragraph 29, said sentence makes no allegations against the County, and no answer is therefore required from the County. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations and therefore denies the same. The County denies each and every other allegation of paragraph 29.

30. Answering paragraph 30 of the complaint, the County admits only the existence of the 1855 Treaty of Point Elliott, which speaks for itself, and denies any other or



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

different characterization of same. The County is without information or knowledge sufficient to form a belief as to the truth of each and every other allegation of paragraph 30, and therefore denies the same.

31. Answering the first sentence of paragraph 31 of the complaint, the County admits only the existence of the 1855 Treaty of Point Elliott, which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 31, the County admits only the existence of *United States v. Washington*, 384 F. Supp. 312 (W.D. Wash. 1974), which speaks for itself, and denies any other or different characterization of same. The County is without information or knowledge sufficient to form a belief as to the truth of each and every other allegation of paragraph 31, and therefore denies the same.

## VII. FACTUAL BACKGROUND

32. Answering paragraph 32 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

33. Answering paragraph 33 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

34. Answering paragraph 34 of the complaint, the County admits only that it issued encroachment permits and denies each and every other allegation of paragraph 34.

35. Answering paragraph 35 of the complaint, the County admits only to issuing encroachment permits on February 27, 2023, July 26, 2024, and September 9, 2024, and is



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

without information or knowledge sufficient to form a belief as to each and every other allegation of paragraph 35, and therefore denies the same.

36. Answering paragraph 36 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

37. Answering paragraph 37 of the complaint, the County admits only to issuing encroachment permits on March 9, 2021, March 17, 2021, March 17, 2021, March 19, 2021, March 19, 2021, and August 24, 2021, and is without information or knowledge sufficient to form a belief as to each and every other allegation of paragraph 37, and therefore denies the same.

38. Answering paragraph 38 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

39. Answering paragraph 39 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

40. Answering paragraph 40 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

41. Answering paragraph 41 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

42. Answering the first sentence of paragraph 42 of the complaint, the County admits the same. Answering the second sentence of paragraph 42, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

43. Answering paragraph 43 of the complaint, the County admits the same.

44. Answering paragraph 44 of the complaint, the County admits only that defendants should have known that sites 45WH525 and 45WH560 are highly sensitive cultural landscapes with a high likelihood of containing Lummi burial sites. The County is without information or knowledge sufficient to form a belief as to the truth of each allegation of paragraph 44, and therefore denies the same.

45. Answering paragraph 45 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

46. Answering paragraph 46 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies that it "illegally permitted" two different fiber-optic projects, and therefore denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 46.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

47. Answering paragraph 47 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

48. Answering paragraph 48 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

49. Answering paragraph 49 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

50. Answering paragraph 50 of the complaint, the County admits only the existence of the WCC, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 50.

51. Answering paragraph 51 of the complaint, the County admits only the existence of the WCC, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 51.

52. Answering paragraph 52 of the complaint, the County admits the same.

53. Answering paragraph 53 of the complaint, the County admits the same.

54. Answering paragraph 54 of the complaint, the County admits only the existence of Section 106 of NHPA, which speaks for itself, and denies any other or different



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

characterization of same. The County denies each and every other allegation of paragraph 54.

55. Answering paragraph 55 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

56. Answering paragraph 56 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

57. Answering paragraph 57 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

58. Answering paragraph 58 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

59. Answering paragraph 59 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

60. Answering paragraph 60 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

61. Answering paragraph 61 of the complaint, the County admits only the existence of NHPA, which speaks for itself, and denies any other or different



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

characterization of same. The County denies each and every other allegation of paragraph 61.

62. Answering paragraph 62 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

63. Answering paragraph 63 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

64. Answering paragraph 64 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

65. Answering paragraph 65 of the complaint, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 65.

66. Answering paragraph 66 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

67. Answering paragraph 67 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

68. Answering paragraph 68 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

69. Answering paragraph 69 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

70. Answering paragraph 70 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

71. Answering paragraph 71 of the complaint, the County admits only the existence of the Inadvertent Discovery Plan, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 71.

72. Answering paragraph 72 of the complaint, the County admits the same.

73. Answering paragraph 73 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

74. Answering paragraph 74 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

75. Answering the first sentence of paragraph 75 of the complaint, the County admits only the existence of state law, federal permits, and "Whatcom County's



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

encroachment permit," each of which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 75, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 75.

76. Answering paragraph 76 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

77. Answering paragraph 77 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

78. Answering paragraph 78 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

79. Answering paragraph 79 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

80. Answering paragraph 80 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

81. Answering paragraph 81 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

82. Answering paragraph 82 of the complaint, the County admits only the existence of state law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 82.

83. Answering paragraph 83 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

84. Answering paragraph 84 of the complaint, the County admits only the existence of state law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 84.

85. Answering paragraph 85 of the complaint, the County admits only the existence of "Whatcom County's encroachment permits for Community Connect and ReConnect," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 85.

86. Answering paragraph 86 of the complaint, the County admits only the existence of "RUS's permits for Community Connect and ReConnect," each of which speaks



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 86.

87. Answering paragraph 87 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

88. Answering paragraph 88 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

89. Answering paragraph 89 of the complaint, the County denies it had knowledge of the disturbance to ancestral remains at 45WH560, if any, and therefore denies the same.

90. Answering paragraph 90 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

91. Answering paragraph 91 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

92. Answering paragraph 92 of the complaint, the County denies it had knowledge of the disturbance to ancestral remains at 45WH525, if any, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

93 Answering paragraph 93 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

94. Answering paragraph 94 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

95. Answering paragraph 95 of the complaint, the County admits only the existence of state law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 95.

96. Answering paragraph 96 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 96.

97. Answering paragraph 97 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 97.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

98. Answering paragraph 98 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

99. Answering paragraph 99 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 99.

100. Answering paragraph 100 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 100.

101. Answering paragraph 101 of the complaint, the County admits only the existence of state law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 101.

102. Answering paragraph 102 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

103. Answering paragraph 103 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

104. Answering paragraph 104 of the complaint, the County admits only the existence of state law and "the County's and RUS's permits for Community Connect and ReConnect," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 104.

105. Answering paragraph 105 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

106. Answering paragraph 106 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 106.

107. Answering paragraph 107 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

108. Answering the first sentence of paragraph 108 of the complaint, the County admits only the existence of state law, which speaks for itself, and denies any other or



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

different characterization of same. Answering the second sentence of paragraph 108, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 108.

109. Answering the first and second sentences of paragraph 109 of the complaint, the County admits only the existence of Section 106 of the NHPA, which speaks for itself, and denies any other or different characterization of same. Answering the third sentence of paragraph 109, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 109.

110. Answering paragraph 110 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies any duty to evaluate the trenched and disturbed area, and therefore denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 110.

111. Answering paragraph 111 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies any duty to conduct a damage assessment for ReConnect, and therefore denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 111.

112. Answering paragraph 112 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies any duty to conduct a damage assessment for Middle Mile, and therefore denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 112.

113. Answering paragraph 113 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

114. Answering paragraph 114 of the complaint, the County admits only the existence of Section 106 of the NHPA, which speaks for itself, and denies any other or different characterization of same. The County is without information or knowledge sufficient to form a belief as to the truth of each and every other allegation of paragraph 114, and therefore denies the same.

115. Answering paragraph 115 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 115.

116. Answering the first sentence of paragraph 116 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 116, said sentence makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said sentence against the County, the County denies any inquiries from plaintiff, and therefore denies the same. Answering the allegations of said sentence against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 116.

117. Answering the first sentence of paragraph 117 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 117, said sentence makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said sentence against the County, the County denies any inquiries from plaintiff, and therefore denies the same. Answering the allegations of said sentence against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 117.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

118. Answering paragraph 118 of the complaint, the County admits only the existence of correspondence transmitted on August 14, 2024, which speaks for itself and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 118.

119. Answering paragraph 119 of the complaint, the County denies any "failure" attributable to the County, and therefore denies the same.

120. Answering paragraph 120 of the complaint, the County denies an "admission" and is without information or knowledge sufficient to form a belief as to the truth of each and every other allegation of paragraph 120, and therefore denies the same.

121. Answering paragraph 121 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

122. Answering paragraph 122 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

123. Answering paragraph 123 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

124. Answering paragraph 124 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

125. Answering paragraph 125 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

126. Answering paragraph 126 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

127. Answering paragraph 127 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

128. Answering paragraph 128 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

129. Answering paragraph 129 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

130. Answering the first sentence of paragraph 130 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 130, said sentence makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said sentence against the County, the County denies the same. Answering the allegations of said sentence against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 130.

131. Answering paragraph 131 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

132. Answering paragraph 132 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

133. Answering paragraph 133 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies knowledge of "damage done by ReConnect," and therefore denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 133.

134. Answering paragraph 134 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations said paragraph against the County, the County denies knowledge of "mitigation or alternative project plans for Middle Mile," and therefore denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 134.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

135. Answering paragraph 135 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations said paragraph against the County, the County denies any failure attributable to the County, and therefore denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 135.

136. Answering paragraph 136 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations said paragraph against the County, the County denies any failures attributable to the County, and therefore denies the same. Answering the allegations said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 136.

137. Answering paragraph 137 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the APA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 137.

138. Answering paragraph 138 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 138.

139. Answering the first sentence of paragraph 139 of the complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 139, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 139.

140. Answering the first and third sentences of paragraph 140 of the complaint, said sentences makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 140, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 140.

141. Answering paragraph 141 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 141.

142. Answering paragraph 142 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 142.

143. Answering paragraph 143 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 143.

144. Answering the first and second sentences of paragraph 144 of the complaint, said sentences make legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. Answering the third sentence of paragraph 144, the County denies the same. The County denies each and every other allegation of paragraph 144.

145. Answering paragraph 145 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA, its implementing regulations, and the APA, each of



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 145.

146. Answering paragraph 146 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA, its implementing regulations, and the APA, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 146.

147. Answering paragraph 147 of the complaint, the County admits only the existence of the "Nationwide PA," which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 147.

148. Answering paragraph 148 of the complaint, the County admits only the existence of the "Nationwide PA," which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 148.

149. Answering paragraph 149 of the complaint, the County admits only the existence of the "Nationwide PA," which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 149.

150. Answering paragraph 150 of the complaint, the County admits only the existence of the "Nationwide PA," which speaks for itself, and denies any other or different



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

characterization of same. The County denies each and every other allegation of paragraph 150.

151. Answering paragraph 151 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA and the APA, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 151.

152. Answering paragraph 152 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 152.

153. Answering paragraph 153 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 153.

154. Answering paragraph 154 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 154.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

155. Answering paragraph 155 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 155.

156. Answering paragraph 156 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 156.

157. Answering paragraph 157 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 157.

158. Answering paragraph 158 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 158.

159. Answering paragraph 159 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 159.

160. Answering paragraph 160 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 160.

161. Answering paragraph 161 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, "CEQ regulations," and "subagency-specific regulations," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 161.

162. Answering paragraph 162 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, "CEQ regulations," and "subagency-specific regulations," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 162.

163. Answering paragraph 163 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

admits only the existence of "RUS's NEPA regulations," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 163.

164. Answering paragraph 164 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of "RUS's NEPA regulations," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 164.

165. Answering paragraph 165 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of "RUS's NEPA regulations," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 165.

166. Answering paragraph 166 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of "RUS's NEPA regulations," each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 166.

167. Answering paragraph 167 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of "NTIA's NEPA guidance," which speaks for itself, and denies



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

any other or different characterization of same. The County denies each and every other allegation of paragraph 167.

168. Answering paragraph 168 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the APA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 168.

169. Answering paragraph 169 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the APA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 169.

170. Answering paragraph 170 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the APA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 170.

171. Answering paragraph 171 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the IGRA, including RCW 27.44.030, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 171.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

172. Answering paragraph 172 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of RCW 27.44.040, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 172.

173. Answering paragraph 173 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the IGRA, including RCW 27.44.040 and RCW 27.44.050, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 173.

174. Answering paragraph 174 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the IGRA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 174.

175. Answering paragraph 175 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the IGRA, including RCW 27.44.055, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 175.

176. Answering the first sentence of paragraph 176 of the complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required,



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

the County admits only the existence of the IGRA, which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 176, said sentence makes legal conclusion to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said sentence, and therefore denies the same. The County denies each and every other allegation of paragraph 176.

177. Answering paragraph 177 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 177.

178. Answering paragraph 178 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 178.

179. Answering paragraph 179 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, including as articulated in *Harper v. Dept. of Corr.*, 192 Wn.2d 328 (2018), which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 179.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

180. Answering paragraph 180 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 180.

181. Answering paragraph 181 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of WCC 20.72.652, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 181.

182. Answering paragraph 182 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of WCC 20.72.652, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 182.

183. Answering paragraph 183 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of WCC 20.72.652, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 183.

184. Answering paragraph 184 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

admits only the existence of WCC 20.72.652, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 184.

185. Answering paragraph 185 of the complaint, the County admits only the existence of Whatcom County Encroachment Permit No. ENC2022-00059, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 185.

186. Answering paragraph 186 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of WCC 20.72.652, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 186.

187. Answering paragraph 187 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, including RCW 4.22.070, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 187.

188. Answering paragraph 188 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, including RCW 4.22.070, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 188.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

## VIII. CLAIMS FOR RELIEF

189. The County incorporates by reference its answers to the allegations of paragraphs 1-188.

190. Answering paragraph 190 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the APA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 190.

191. Answering paragraph 191 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 191.

192. Answering the first, third, and fourth sentences of paragraph 192 of the complaint, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 192, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 192.

193. Answering paragraph 193 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 193.

194. Answering paragraph 194 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 194.

195. Answering paragraph 195 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 195.

196. Answering the first sentence of paragraph 196 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 196, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 196.

197. Answering paragraph 197 of the complaint, the County admits that the Lummi Nation attaches religious and cultural importance to burial ground sites at Point Roberts. The



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

County further admits the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 197.

198. Answering paragraph 198 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

199. Answering paragraph 199 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

200. Answering paragraph 200 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

201. Answering paragraph 201 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and its implementing regulations, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 201.

202. Answering paragraph 202 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

203. Answering paragraph 203 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

204. Answering paragraph 204 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

205. The County incorporates by reference its answers to the allegations of paragraphs 1-204.

206. Answering paragraph 206 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the APA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 206.

207. Answering paragraph 207 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the "2018 Nationwide PA," which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 207.

208. Answering paragraph 208 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

209. Answering paragraph 209 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the "2018 Nationwide PA," which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 209.

210. Answering paragraph 210 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the "2018 Nationwide PA," which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 210.

211. Answering paragraph 211 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

212. Answering the first sentence of paragraph 212 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the "2018 Nationwide PA," which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 212, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 212.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

213. Answering paragraph 213 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

214. Answering paragraph 214 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

215. Answering paragraph 215 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

216. Answering paragraph 216 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

217. The County incorporates by reference its answers to the allegations of paragraphs 1-216.

218. Answering paragraph 218 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the APA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 218.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

219. Answering paragraph 219 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 219.

220. Answering paragraph 220 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA and the APA, each which speaks for itself, and denies any other or different characterization of same. The County is without information or knowledge sufficient to form a belief as to the truth each and every other allegation of paragraph 220, and therefore denies the same.

221. Answering paragraph 221 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 221.

222. Answering paragraph 222 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 222.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

223. Answering paragraph 223 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 223.

224. Answering paragraph 224 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NHPA and NEPA, each of which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 224.

225. Answering paragraph 225 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of NEPA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 225.

226. Answering paragraph 226 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

227. Answering paragraph 227 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

228. Answering paragraph 228 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County admits that it has not prepared an EA or EIS for any of the projects, has not documented reliance on a CE, and denies each and every other allegation of said paragraph. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 228.

229. Answering paragraph 229 of the complaint, said paragraph makes allegations against other defendants to which no answer is required from the County. Answering the allegations of said paragraph against the County, the County denies the same. Answering the allegations of said paragraph against other defendants, the County is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. The County denies each and every other allegation of paragraph 229.

230. Answering paragraph 230 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of "NEPA's requirements," each of which speaks for itself, and denies any other or different characterization of same. The County is without information or knowledge sufficient to sufficient to form a belief as to the truth of each and every other allegation of paragraph 230, and therefore denies the same.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

231. Answering paragraph 231 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

232. The County incorporates by reference its answers to the allegations of paragraphs 1-231.

233. Answering paragraph 233 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 233.

234. Answering paragraph 234 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the WCC, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 234.

235. Answering paragraph 235 of the complaint, the County denies the same.

236. Answering paragraph 236 of the complaint, the County denies the same.

237. The County incorporates by reference its answers to the allegations of paragraphs 1-236.

238. Answering paragraph 238 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of Washington law, which speaks for itself, and denies any other or



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

different characterization of same. The County denies each and every other allegation of paragraph 238.

239. Answering the first and second sentences of paragraph 239 of the complaint, said sentences make legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of "RUS's PA" and "the project permits," each of which speaks for itself, and denies any other or different characterization of same. Answering the third and fourth sentences of paragraph 239 of the complaint, said sentences make legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said sentences, and therefore denies the same. The County denies each and every other allegation of paragraph 239.

240. Answering paragraph 240 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

241. Answering paragraph 241 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

242. Answering paragraph 242 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

243. Answering paragraph 243 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

244. Answering paragraph 244 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

245. Answering paragraph 245 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

246. Answering paragraph 246 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

247. The County incorporates by reference its answers to the allegations of paragraphs 1-246.

248. Answering paragraph 248 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the IGRA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 248.

249. Answering paragraph 249 of the complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the County



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

admits only the existence of RCW 27.44.040, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 249.

250. Answering the first sentence of paragraph 250 of the complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the IRGA, which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 250 of the complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits that the Lummi Nation is a federally recognized Tribe and is without information or knowledge sufficient to form a belief as to the truth of each and every other allegation of said sentence, and therefore denies the same. The County denies each and every other allegation of paragraph 250.

251. Answering paragraph 251 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

252. Answering paragraph 252 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

253. Answering paragraph 253 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

254. Answering paragraph 254 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

255. Answering the first, second, and fourth sentences of paragraph 255 of the complaint, the County is without information or knowledge sufficient to sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the third sentence of paragraph 255, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the County admits only the existence of the IGRA, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 255.

256. Answering paragraph 256 of the complaint, said paragraph makes no allegations against any defendant and no answer is therefore required from the County. To the extent an answer is required, the County admits only the existence of the complaint, which speaks for itself, and denies any other or different characterization of same. The County denies each and every other allegation of paragraph 256.

257. Except to the extent expressly admitted herein, each and every other allegation of plaintiff is denied.

## IX. PRAYER FOR RELIEF

Answering plaintiff's prayer for relief at Dkt. #1 at 49-52, including paragraphs A through K therein, the County denies plaintiff is entitled to any of the relief sought in this lawsuit against Whatcom County and is without information or knowledge sufficient to form



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

a belief as to whether plaintiff is entitled to declaratory relief, injunctive relief, or damages from any other defendant, and therefore denies the same.

## X. AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has failed to exhaust its administrative remedies.

3. Plaintiff's claims, or some of them, are barred by the statute of limitations.

4. Plaintiff's claims are barred by the public duty doctrine.

5. The damages alleged to have been sustained by plaintiff were proximately caused or materially contributed to by acts or omissions of others, including plaintiff, Whidbey Telephone Company, unknown contractors, consultants, or other persons employed by Whidbey Telephone Company, the United States Department of Agriculture, and the United States Department of Commerce, over whom the County had no control or right to control.

6. Fault and damages, if any, should be apportioned pursuant to Ch. 4.22 RCW et seq. to and among plaintiff and all at-fault entities, including Whidbey Telephone Company, unknown contractors, consultants, or other persons employed by Whidbey Telephone Company, the United States Department of Agriculture, the United States Department of Commerce, whether or not this includes the County. The County hereby requests apportionment pursuant to Ch. 4.22 RCW.

7. Plaintiff's claims are barred in whole or in part by justification, privilege, and/or discretionary immunity and/or other forms of immunity in favor of the County's actions taken in furtherance of the County's obligations under the law. The County's actions



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

were done in good faith and in a reasonable belief that the County was properly carrying out the law.

8. The County reserves the right to add additional affirmative defenses which may be applicable and as may be revealed during discovery.

## XI. PRAYER FOR RELIEF

WHEREFORE, defendant Whatcom County, having fully answered plaintiff's complaint and the County having answered, prays as follows:

1. That all claims alleged against the County be dismissed with prejudice and without an award of relief of any kind whatsoever in favor of plaintiff.

2. For such other and further relief as the Court deems just and equitable.

3. For all of the County's costs and expenses incurred, including reasonable attorneys' fees as may be allowed by RCW 27.44.050, as well as any other statute or basis in contract, at law, or in equity.

DATED this 27th day of May, 2026.

MENKE JACKSON BEYER, LLP

*s/Kenneth W. Harper*
Kenneth W. Harper, WSBA #25578

*s/Quinn N. Plant*
Quinn N. Plant, WSBA #31339

807 North 39th Avenue
Yakima, WA 98902
(509) 575-0313
kharper@mjbe.com
qplant@mjbe.com
*Attorneys for Defendant*
*Whatcom County*

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I filed the foregoing *Answer and Affirmative Defenses of Defendant Whatcom County* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| ***Attorneys for Plaintiffs:***<br>Gregory A. Werkheiser<br>Marion Forsyth Werkeiser<br>Lydia Dexter<br>Katherine Sorrell<br>Jessie Barrington<br>Cultural Heritage Partners, PLLC<br>1811 E. Grace St., Suite A<br>Richmond, VA 23223 | greg@culturalheritagepartners.com<br>marion@culturalheritagepartners.com<br>lydia@culturalheritagepartners.com<br>katherine@culturalheritagepartners.com<br>jessie@culturalheritagepartners.com |
| ***Co-Counsel Attorneys for Plaintiff:***<br>Gabriel David Cantu<br>Lummi Indian Nation<br>2665 Kwina Road, Suite 2600<br>Bellingham, WA 98226 | gabrielc@lummi-nsn.gov |
| ***Counsel for Defendant Whidbey Telecom:***<br>Rory W. Leid, III<br>Kimberly Larsen Rider<br>Ashley J. Stephens<br>Wathen Leid Hall Rider, P.C.<br>222 Etruria Street<br>Seattle, WA 98109-1959 | rleid@wlhr.legal<br>krider@wlhr.legal<br>astephens@wlhr.legal |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

s/KENNETH W. HARPER
WSBA #25578
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com
*Attorneys for Defendant Whatcom County*