ADAM R.F. GUSTAFON
Principal Deputy Assistant Attorney General
Kyle Lyons-Burke (D.C. Bar # 1655452)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3377
Fax: (202) 305-0275
kyle.lyons-burke@usdoj.gov
*Attorney for Federal Defendants*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUMMI NATION,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPNAY, et al.,<br><br>Defendants. | No. 2:26-cv-01435-KKE<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Court should not grant any injunctive relief against the Federal Defendants—United States Department of Agriculture ("USDA") and the United States Department of Commerce. Of the six counts in Lummi Nation's Complaint, three are against the United States. *See* Compl. (Dkt 1) ¶¶ 189–231. These counts allege the USDA and Commerce funded construction projects without properly complying with the National Environmental Policy Act and the National Historic Preservation Act. Lummi Nation's motion for a preliminary injunction, however, is limited to the claims against non-Federal defendants and does not substantively address the claims directed towards the Federal Defendants. Nor has Lummi Nation sought any relief against the Federal Defendants in its motion for a preliminary injunction. Instead, Lummi Nation explicitly asks the Court to "enjoin Whidbey Telecom and Whatcom County"—not the Federal Defendants. Pl. Mot. Prelim. Inj. ("Mot.") (Dkt. 12) at 3; *see also* Mot. at 27 (detailing the relief sought by Lummi Nation). The Lummi Nation's claims against the Federal Defendants should be resolved on summary judgment after the administrative record has been provided by USDA and Commerce.

Respectfully submitted this 28th day of May, 2026.

ADAM R.F. GUSTAFON
Principal Deputy Assistant Attorney General

*/s/ Kyle Lyons-Burke*
KYLE LYONS-BURKE
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3377
kyle.lyons-burke@usdoj.gov