Kenneth W. Harper
Quinn N. Plant
Menk Jackson Beyer, LLP
807 N. 39th Ave.
Yakima, WA 98902
*Attorneys for Defendant Whatcom County*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUMMI NATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPANY d/b/a WHIDBEY TELECOM; WHATCOM COUNTY; UNITED STATES DEPARTMENT OF AGRICULTURE; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | NO. 2:26-cv-01435-KKE<br><br>DECLARATION OF Douglas W. Ranney, P.E. IN SUPPORT OF DEFENDANT WHATCOM COUNTY'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Pursuant to 28 U.S.C. § 1746, I, Douglas W. Ranney, P.E., state and declare under penalty of perjury as follows:

1. I hold the position of County Engineer with defendant Whatcom County. This declaration is based on my own personal knowledge.

2. County records indicate that the County issued twelve revocable encroachment permits to Whidbey Telecom associated with the projects identified in the complaint as "Community Connect" and "ReConnect." True and correct copies of these



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

permits are attached as Exhibit 1.

3. While the County is generally aware of plaintiff's allegations that work by Whidbey Telecom in connection with the Community Connect, ReConnect, and Middle Mile projects has impacted or damaged archeological materials, the County has not independently evaluated these allegations.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

DATED THIS 28th day of May, 2026, at Bellingham, Washington.

Douglas W. Ranney, P.E.



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I filed the foregoing *Declaration of _Douglas W. Ranney, P.E._ In Support of Defendant Whatcom County's Response to Plaintiff's Motion for Preliminary Injunction* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| ***Attorneys for Plaintiffs:***<br>Gregory A. Werkheiser<br>Marion Forsyth Werkeiser<br>Lydia Dexter<br>Katherine Sorrell<br>Jessie Barrington<br>Cultural Heritage Partners, PLLC<br>1811 E. Grace St., Suite A<br>Richmond, VA 23223 | greg@culturalheritagepartners.com<br>marion@culturalheritagepartners.com<br>lydia@culturalheritagepartners.com<br>katherine@culturalheritagepartners.com<br>jessie@culturalheritagepartners.com |
| ***Co-Counsel Attorneys for Plaintiff:***<br>Gabriel David Cantu<br>Lummi Indian Nation<br>2665 Kwina Road, Suite 2600<br>Bellingham, WA 98226 | gabrielc@lummi-nsn.gov |
| ***Counsel for Defendant Whidbey Telecom:***<br>Rory W. Leid, III<br>Kimberly Larsen Rider<br>Ashley J. Stephens<br>Wathen Leid Hall Rider, P.C.<br>222 Etruria Street<br>Seattle, WA 98109-1959 | rleid@wlhr.legal<br>krider@wlhr.legal<br>astephens@wlhr.legal |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:



MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

None.

s/KENNETH W. HARPER
WSBA #25578
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com
*Attorneys for Defendant Whatcom County*