# EXHIBIT 1

**WHATCOM COUNTY**
PUBLIC WORKS DEPARTMENT
JOSEPH P. RUTAN, P.E.
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

**DIVISION OF ENGINEERING**
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/360-8110
FAX (360) 676-6558

August 24, 2021

# REVOCABLE ENCROACHMENT PERMIT

**PROJECT:** AS PART OF RUS RE-CONNECT GRANT AWARD "WA 17-A" WE WILL BE ENTERING THE WEST ROW OF SOUTH BEACH RD AT HAND HOLE ASP5/4 AND INTERCEPTING AN EXISTING CONDUIT STRUCTURE AND PLACING HAND HOLES AT 225', 500', 860', 1,160', 1,420', 1,825' AND 2,589' WHERE WE WILL BE EXITING THE ROW AT HAND HOLE ASL45/7.

**WHIDBEY TELECOM**
14888 SR 525
LANGLEY WA 98260

**ENC2021-00696**
**PARCEL NUMBER:** 4053021232590000
**SITE ADDRESS:** 405 SOUTH BEACH ROAD

***ATTENTION***

**This permit is for work performed <u>within the County right-of-way only.</u> It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)***

**1-800-424-5555**

## CONDITIONS OF APPROVAL

- **Must be a licensed bonded contractor.**
- **Contractor must call 24 hours before construction starts.**
- **Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
- **No open cuts allowed.**
- **If you are going to plow, you must stay at least 5 feet away from the pavement.**
- **All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
- **All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
- **All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
- **Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
- **No holes left open overnight.**
- **All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
- **If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
- **Nothing is to be covered up until approved by an inspector.**

**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction.

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property.

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | |
|---|---|---|
| 2421 - Utility Service - Com | AMT BILLED: | 700.00 |
| 3% Tech Fee #2843 | AMT BILLED: | 21.00 |
| **Total:** | | **721.00** |

***WHATCOM COUNTY***
**PUBLIC WORKS DEPARTMENT**
JOSEPH P. RUTAN, P.E.
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

***DIVISION OF ENGINEERING***
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/380-8110
FAX (360) 676-6558

**March 19, 2021**

# REVOCABLE ENCROACHMENT PERMIT

PROJECT: AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE WEST ROW OF OCEAN VIEW CT AT HAND HOLE P49/12HH AND TRENCHING NORTH FOR 690' EXISTING THE ROW AT PEDESTAL P49122/1. THE TRENCH WILL BE 12"wX36"d AND WE WILL BE PLACING A 2" CONDUIT. WE WILL BE PLACING ONE 4" SLEEVE CROSSING OCEAN VIEW LN.

| | |
|---|---|
| **WHIDBEY TELECOM**<br>**14888 SR 525**<br>**LANGLEY WA 98260** | **ENC2021-00224**<br>**PARCEL NUMBER: 4053101193270000**<br>**SITE ADDRESS: OCEAN VIEW COURT** |

***ATTENTION***

**This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

## CONDITIONS OF APPROVAL

- **Must be a licensed bonded contractor.**
- **Contractor must call 24 hours before construction starts.**
- **Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
- **No open cuts allowed.**
- **If you are going to plow, you must stay at least 5 feet away from the pavement.**
- **All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
- **All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
- **All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
- **Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
- **No holes left open overnight.**
- **All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
- **If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
- **Nothing is to be covered up until approved by an inspector.**

**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction.

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property.

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | |
|---|---|---|
| 2425 - GPC Install < 600 ft | AMT BILLED: | 225.00 |
| 2424 - GPC Install > 600 ft | AMT BILLED: | 31.50 |
| 3% Tech Fee #2843 | AMT BILLED: | 7.70 |
| **Total:** | | **264.20** |

EMAILED
3-19-2021

**WHATCOM COUNTY**
**PUBLIC WORKS DEPARTMENT**
JOSEPH P. RUTAN, P.E.
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

**DIVISION OF ENGINEERING**
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/380-8110
FAX (360) 676-6558

March 19, 2021

# REVOCABLE ENCROACHMENT PERMIT

PROJECT: AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE EAST ROW OF MARINA DR AT HAND HOLE BCT/75 CROSSING HARBOR SEAL DR TO THE SOUTH PULLING THRU AND EXISTING CONDUIT 520' TO EDWARDS DR AND EXISTING HAND HOLE BCT/76. WE WILL THEN CONTINUE TO PULL THRU AN EXISTING CONDUIT EAST ALONG THE NORTH ROW OF EDWARDS DR FO 1,200'. WE WILL THEN CROSS EDWARDS DR TO THE SOIUTHAND PULL THRU AN EXISTING CONDUIT TO THE WEST WHERE WE WILL BE EXITING THE ROW AT PEDESTAL P4987S/1. AT HAND HOLE BCT/76 WE WILL CROSS EDWARDS DR TO THE SOUTH THRU AN EXIISTING CONDUIT 100' TO HAND HOLE P491/1HH AND CONTINUE EAST TRENCHING ON THE SOUTH ROW OF EDWARDS DR FOR 220' TO PEDESTAL P4982S/1 WHERE WE WILL EXIT THE ROW. WE WILL THEN CROSS EDWARDS DR AT HAND HOLE BCT76/7 TO THE SOUTH BY PLACING A 30' 4" SLEEVE AND TRENCHING 280' EAST ALONG THE SOUTH ROW. THE TRENCHES WILL BE 12"wX36'd AND WE WILL BE PLACING A 2" CONDUIT.

| | |
|---|---|
| **WHIDBEY TELECOM**<br>**14888 SR 525**<br>**LANGLEY WA 98260** | **ENC2021-00223**<br>**PARCEL NUMBER: 4053102253560000**<br>**SITE ADDRESS: 764 MARINA DRIVE** |

***ATTENTION***

**This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)***

**1-800-424-5555**

## CONDITIONS OF APPROVAL

- **Must be a licensed bonded contractor.**
- **Contractor must call 24 hours before construction starts.**
- **Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
- **No open cuts allowed.**
- **If you are going to plow, you must stay at least 5 feet away from the pavement.**
- **All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
- **All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
- **All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
- **Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
- **No holes left open overnight.**
- **All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
- **If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
- **Nothing is to be covered up until approved by an inspector.**

**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction.

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property.

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | |
|---|---|---|
| 2425 - GPC Install < 600 ft | AMT BILLED: | 225.00 |
| 3% Tech Fee #2843 | AMT BILLED: | 6.75 |
| **Total:** | | **231.75** |

EMAILED
3-19-2021

***WHATCOM COUNTY***
**PUBLIC WORKS DEPARTMENT**
JOSEPH P. RUTAN, P.E.
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

***DIVISION OF ENGINEERING***
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/380-8110
FAX (360) 676-6558

**March 17, 2021**

# REVOCABLE ENCROACHMENT PERMIT

**PROJECT:** AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE EAST ROW OF MARINE DR AT HAND HOLE BCT/75 CROSSING MARINE DR TO THE SOUTHWEST 30' IN AN EXISTING CONDUIT AND PULLING THRU AN EXISTING CONDUIT FOR 1,350' WHERE WE WILL BE EXISTING THE ROW AT HAND HOLE P1/18hh. WE WILL THEN BE TRENCHING IN THE NORTH ROW OF EDWARDS DR FOR 1,200' EXITING THE ROW AT PEDESTAL P4916/1. THE TRENCH WILL BE 12"wX36"d AND WE WILL BE PLACING A 2" CONDUIT. WE WILL BE PLACING 3 NEW 24wX36lX36"d HAND HONES AT 30', 920' AND 1,350'. WE WILL BE PLACING 5 4" SLEEVES CROSSING EDWARDS DR ON EACH AT PEDESTAL P49/11, AT HANDHOLE P49/12HH, AT PEDESTAL P49/13, AT PEDESTAL P49/15 AND AT PEDESTAL P49/16.

| | |
|---|---|
| **WHIDBEY TELECOM** | **ENC2021-00220** |
| **14888 SR 525** | **PARCEL NUMBER: 4053101703670000** |
| **LANGLEY WA 98260** | **SITE ADDRESS: EDWARDS DR/MARINA DRIVE** |

***ATTENTION***

**This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)***

**1-800-424-5555**

## CONDITIONS OF APPROVAL

- **Must be a licensed bonded contractor.**
- **Contractor must call 24 hours before construction starts.**
- **Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
- **No open cuts allowed.**
- **If you are going to plow, you must stay at least 5 feet away from the pavement.**
- **All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
- **All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
- **All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
- **Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
- **No holes left open overnight.**
- **All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
- **If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
- **Nothing is to be covered up until approved by an inspector.**

**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction.

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property.

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | |
|---|---|---|
| 2425 - GPC Install < 600 ft | AMT BILLED: | 225.00 |
| 2424 - GPC Install > 600 ft | AMT BILLED: | 253.75 |
| 3% Tech Fee #2843 | AMT BILLED: | 14.36 |
| **Total:** | | **493.11** |

EMAILED

3-17-2021

**WHATCOM COUNTY**
**PUBLIC WORKS DEPARTMENT**
**JOSEPH P. RUTAN, P.E.**
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

**DIVISION OF ENGINEERING**
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/380-8110
FAX (360) 676-6558

**March 17, 2021**

# REVOCABLE ENCROACHMENT PERMIT

PROJECT: AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE WEST ROW OF SOUTH BEACH RD AT HAND HOLE ASL54/7 TRENCHING 20' SOUTH CROSSING APA RD CONTINUING TO TRENCH SOUTH ALONG THE WEST ROW OF SOUTH BEACH RD 675' CROSSING DUCK LN AND CONTINUE TRENCHING 550' WHERE WE WILL BE EXITING THE ROW AT PEDESTAL P5/19. THE TRENCH WILL BE 12"wX36"d AND WE WILL BE PLACING A 2" CONDUIT. WE WILL BE PLACING A 4" SLEEVE CROSSING APA RD OF 25' AND A 4" SLEEVE CROSSING DUCK LN OF 15'.

| | |
|---|---|
| **WHIDBEY TELECOM**<br>**14888 SR 525**<br>**LANGLEY WA 98260** | **ENC2021-00211**<br>**PARCEL NUMBER: 4053111235580000**<br>**SITE ADDRESS: 607 SOUTH BEACH ROAD** |

***ATTENTION***

**This permit is for work performed within the County right-of-way only. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

**CONDITIONS OF APPROVAL**

- **Must be a licensed bonded contractor.**
- **Contractor must call 24 hours before construction starts.**
- **Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
- **No open cuts allowed.**
- **If you are going to plow, you must stay at least 5 feet away from the pavement.**
- **All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
- **All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
- **All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
- **Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
- **No holes left open overnight.**
- **All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
- **If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
- **Nothing is to be covered up until approved by an inspector.**

**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction.

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property.

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | |
|---|---|---|
| 2425 - GPC Install < 600 ft | AMT BILLED: | 225.00 |
| 2424 - GPC Install > 600 ft | AMT BILLED: | 239.75 |
| 3% Tech Fee #2843 | AMT BILLED: | 13.94 |
| **Total:** | | **478.69** |

3-17-2021

**WHATCOM COUNTY**
**PUBLIC WORKS DEPARTMENT**
JOSEPH P. RUTAN, P.E.
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

**DIVISION OF ENGINEERING**
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/380-8110
FAX (360) 676-6558

**March 09, 2021**

# REVOCABLE ENCROACHMENT PERMIT

PROJECT: AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE WEST ROW OF AND CROSSING BOUNDARY BAY RD TO THE NORTH ROW OF A.P.A. RD WHERE WE WILL BE INTERCEPTIN AN EXISTING CONDUT AND PPLACING 10 36"wX48"X36"d HAND HOLES AT 660', 1,370', 1,690', 2,025', 3,060', 3,260', 3,480', 3,770' AND 4,015'. AT PROJECT STATION FOOTAGE 2,025' WE WILL TRENCH WEST ON THE NORTH ROW OF A.P.A. RD TO STATION FOOTAGE 3,060 WHERE WE WILL PLACE 36"wX48"d HAND HOLES AT 2,315' AND 2,840' THE TRENCH WILL BE 12"wX36"d./ WE WILL PLACE ONE 4" SLEEVE UNDER A.P.A. RD FROM NORTH TO SOUTH ON THE WEST SIDE OF THE INTERSECTION OF CRYSTAL BEACH RD. 30' LONG.

**WHIDBEY TELECOM**
**14888 SR 525**
**LANGLEY WA 98260**

**ENC2021-00193**
**PARCEL NUMBER: 4053025340370000**
**SITE ADDRESS: A.P.A. ROAD**

## *ATTENTION*

**This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

## CONDITIONS OF APPROVAL

**- Must be a licensed bonded contractor.**
**- Contractor must call 24 hours before construction starts.**
**- Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
**- No open cuts allowed.**
**- If you are going to plow, you must stay at least 5 feet away from the pavement.**
**- All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
**- All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
**- All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
**- Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
**- No holes left open overnight.**
**- All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
**- If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
**- Nothing is to be covered up until approved by an Inspector.**
**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction.

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property.

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | | |
|---|---|---|---|
| 2425 - GPC Install < 600 ft | | AMT BILLED: | 225.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | EMAILED | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2421 - Utility Service - Com | | AMT BILLED: | 100.00 |
| 2424 - GPC Install > 600 ft | 3-9-2021 | AMT BILLED: | 159.25 |
| 3% Tech Fee #2843 | | AMT BILLED: | 41.53 |
| **Total:** | | | **1,425.78** |

**WHATCOM COUNTY**
**PUBLIC WORKS DEPARTMENT**
JOSEPH P. RUTAN, P.E.
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

**DIVISION OF ENGINEERING**
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/360-8110
FAX (360) 676-6558

**March 09, 2021**

# REVOCABLE ENCROACHMENT PERMIT

PROJECT: AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE WEST ROW OF BOUNDARY BAY RD AT HANDHOLE P1/5HH TRENCHING 20' AND CROSSING BOUNDARY BAY RD THEN CONTINUING TO TRENCH SOUTH 5,200' WHERE WE WILL BE EXITING THE ROW AT HAND HOLE P1/18HH. THE TRENCH WILL BE 12"wX36"d AND WE WILL BE PLACING A 2" CONDUIT. WE WILL BE PLACING 14 NEW 36"wX48"wX36" AT 440', 800', 1,050', 1,560', 2,100', 2,350', 2,600', 3,075', 3,800', 4,360', 4,950', 5,200'.

| | |
|---|---|
| WHIDBEY TELECOM<br>14888 SR 525<br>LANGLEY WA 98260 | ENC2021-00188<br>PARCEL NUMBER: 4053025995270000<br>SITE ADDRESS: 205 BOUNDARY BAY ROAD |

***ATTENTION***

**This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

## CONDITIONS OF APPROVAL

- Must be a licensed bonded contractor.
- Contractor must call 24 hours before construction starts.
- Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.
- No open cuts allowed.
- If you are going to plow, you must stay at least 5 feet away from the pavement.
- All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.
- All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.
- All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.
- Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.
- No holes left open overnight.
- All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.
- If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.
- Nothing is to be covered up until approved by an inspector.

All backfill to the 5/8" minus crushed gravel compacted.
Permit or copy of permit must be on site.
If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.
Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction.

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | |
|---|---|---|
| 2425 - GPC Install < 600 ft | AMT BILLED: | 225.00 |
| 2424 - GPC Install > 600 ft | AMT BILLED: | 1,624.00 |
| 3% Tech Fee #2843 | AMT BILLED: | 55.47 |
| **Total:** | | **1,904.47** |

EMAILED
3-9-2021

***WHATCOM COUNTY***
**PUBLIC WORKS DEPARTMENT**
**JOSEPH P. RUTAN, P.E.**
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

***DIVISION OF ENGINEERING***
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/380-8110
FAX (360) 676-6558

**March 05, 2021**

# REVOCABLE ENCROACHMENT PERMIT

**PROJECT:** AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE WEST ROW OF S BEACH RD AT EXISTING PEDESTAL P5/19 TRENCHING SOUTH 50' THEN CROSSING SOUTH BEACH RD TO THE EAST ROW AND TRENCHING SOUTH AND WEST 2,300' ALONG THE SOUTH ROW OF EDWARDS RD TO EXISTING PEDESTAL P5/26. WE WILL BE ENTERING AND EXITING 7 EXISTING PEDESTALS AT 220', 460', 715', 1,030', 1,350', 1600' AND 2,350'. THE TRENCH WILL BE 12"WX36"D. WE WILL BE PLACING A 2" CONDUIT.

**WHIDBEY TELECOM**
**14888 SR 525**
**LANGLEY WA 98260**

**ENC2021-00179**
**PARCEL NUMBER: 4053111234430000**
**SITE ADDRESS: 695 SOUTH BEACH RD**

***ATTENTION***

**This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)***

**1-800-424-5555**

## CONDITIONS OF APPROVAL

- **Must be a licensed bonded contractor.**
- **Contractor must call 24 hours before construction starts.**
- **Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
- **No open cuts allowed.**
- **If you are going to plow, you must stay at least 5 feet away from the pavement.**
- **All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
- **All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
- **All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
- **Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
- **No holes left open overnight.**
- **All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
- **If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
- **Nothing is to be covered up until approved by an inspector.**

**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property.

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner.

| | | |
|---|---|---|
| 2425 - GPC Install < 600 ft | AMT BILLED: | 225.00 |
| 2424 - GPC Install > 600 ft | AMT BILLED: | 619.50 |
| 3% Tech Fee #2843 | AMT BILLED: | 25.34 |
| **Total:** | | **869.84** |

EMAILED

3-5-2021

**WHATCOM COUNTY**
**PUBLIC WORKS DEPARTMENT**
JOSEPH P. RUTAN, P.E.
ASSISTANT DIRECTOR / COUNTY ROAD ENGINEER

**DIVISION OF ENGINEERING**
5280 Northwest Drive, Suite C
Bellingham, WA 98226
(360) 676-6730/380-8110
FAX (360) 676-6558

February 24, 2021

# REVOCABLE ENCROACHMENT PERMIT

**PROJECT:** AS PART OF RUS RE-CONNECT GRANT AWARD "WA 1702-A65" WE WILL BE ENTERING THE SUTH ROW OF JOHNSON RD AT EXISTING HAND HOLE ASP/1 AND TRENCHING EAST APPROX 3,075' TO TE SOUTHWEST INTERSECTION OF JOHNSON RD AND BOUNDARY BAY RD, WE WILL BE PLACING 36"X48"X36" HAND HOLES AT 195', 495', 1135',2220' AND 3075' AND PLACING A 2" CONDUIT TRENCHING WILL BE 12" WIDE X 36" DEEP.

| | |
|---|---|
| **WHIDBEY TELECOM** | **ENC2021-00159** |
| **14888 SR 525** | **PARCEL NUMBER: 4053022064960000** |
| **LANGLEY WA 98260** | **SITE ADDRESS: 1957 JOHNSON ROAD** |

***ATTENTION***

**This permit is for work performed** **<u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on private property, contact the County Planning and Development Services Department for permit requirements.**

**THIS PERMIT IS SUBJECT TO THE FOLLOWING CONDITIONS**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 676-6730 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

## CONDITIONS OF APPROVAL

**- Must be a licensed bonded contractor.**
**- Contractor must call 24 hours before construction starts.**
**- Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.**
**- No open cuts allowed.**
**- If you are going to plow, you must stay at least 5 feet away from the pavement.**
**- All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.**
**- All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.**
**- All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.**
**- Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.**
**- No holes left open overnight.**
**- All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.**
**- If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.**
**- Nothing is to be covered up until approved by an inspector.**
**All backfill to the 5/8" minus crushed gravel compacted.**
**Permit or copy of permit must be on site.**
**If archaeology materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5913) shall be contacted immediately to determine the significance of the discovery.**
**Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site.**

I hereby certify that I have read and examined this application and know the same to be true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or performance of construction

Further, I hereby certify that I am a licensed contractor and that said license is in full force and effect, OR that I am the legal owner of the above-described Real property

This permit may be denied or revoked if the proposed use is inconsistent with the County's right to utilize the property for street purposes. If such work shall be deemed in need of removing at a later time, such removal shall be at the total expense of the applicant and/or property owner

| | | |
|---|---|---|
| 2425 - GPC Install < 600 ft | AMT BILLED: | 225.00 |
| 2424 - GPC Install > 600 ft | AMT BILLED: | 866.25 |
| 3% Tech Fee #2843 | AMT BILLED: | 32.74 |
| **Total:** | | **1,123.99** |

EMAILED
2-24-2021

**Whatcom County**
Public Works

Division of Engineering
5280 Northwest Drive, Suite C
Bellingham, WA 98226
360-778-6220
Issued Date: **2/27/2023**

## Encroachment Permit

| | |
|---|---|
| WHIDBEY TELECOM C/O Dave Grimm<br>1957 JOHNSON RD<br>PT ROBERTS, WA | Permit Number:**ENC2022-00059**<br>Parcel Number:**4053044373990000**<br>Site Address: Marine Dr. |

Permit Description:

***ATTENTION*** **This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on primary property, contact the County Planning and Development Service Department for permit requirements.**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 360-778-6220 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

| Health & Safety: | Construction: | Scheduling/Paperwork: |
|---|---|---|
| E236 - If archaeological materials (bone shell midden cobble tools, etc ) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5900) shall be contacted immediately to determine the significance of the discovery<br><br>L103 - Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site | E229 - ALL BACKFILL TO BE 5/8" MINUS CRUSHED GRAVEL COMPACTED | E232 - Permit or copy of permit must be on site<br><br>E201 - Grouped Wording for Utils<br>- Must be a licensed bonded contractor.<br>- Contractor must call 24 hours before construction starts.<br>- Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.<br>- No open cuts allowed.<br>- If you are going to plow, you must stay at least 5 feet away from the pavement.<br>- All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.<br>- All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.<br>- All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.<br>- Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer<br>- No holes left open overnight.<br>- All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County.<br>- If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.<br>Nothing is to be covered up until approved by an inspector. |

**Permit Fees**

| Name | Amount Due | Amount Paid | Due |
|---|---|---|---|
| Utility Pole | $1,100.00 | $1,100.00 | $0.00 |
| Utility Installation - Gas/Power/Comm Lines | $1,135.00 | $1,135.00 | $0.00 |
| 3% Technology Fee (P/P/C/L) | $67.05 | $67.05 | $0.00 |
| **Totals:** | **$2,302.05** | **$2,302.05** | **$0.00** |

How to request an inspection for your permit....

**Inspections:**

| Inspection Type | |
|---|---|
| Encroachment Inspection | Call for Encroachment Inspection first; please allow 1 busines day for the County to respond. |
| Final Inspection | |

**Whatcom County**
Public Works

Division of Engineering
5280 Northwest Drive, Suite C
Bellingham, WA 98226
360-778-6220
Issued Date: **7/26/2024**

## Encroachment Permit

| | |
|---|---|
| WHIDBEY TELECOM C/O Dave Grimm<br>1957 JOHNSON RD<br>PT ROBERTS, WA | Permit Number:**ENC2022-00076**<br>Parcel Number:**4053030233940000**<br>Site Address:**1417 REX ST** |

Permit Description: **emering the South ROW of Rex St placing a 1.s· mufti path conduit and multi strand fiber optic cable rrom hand hole ASPS/4 trenching East for 1,375' crossing Jonna Or, Iris BLVD and Mark Or by means or Direction Dfilling a 4" PVC sleeve and continuing North around the cult de sac at the end of Mark Or. exciting the ROW at hand hole ASP84/4. From hand hole ASPB/4 we will be crossing Rex St to the North with a 4· PVC sleeve and trenching North to the end of the Cult de sac of Jonna Dr exiting the ROW at pedestal P41241/1 At hand hole ASP84fl we will be crossing Rex St to the North with a 4• sleeve and trenching North to the end or the cult de sac or 1430 Rex St where we will be exiting the ROW at pedestal P41242/1 At hand hole ASP84/2 we will be crossing Rex St with a 4· sleeve to the North trenching 200· and existing the ROW at pedestal P41243/1 Hand Holes will be placed at 125', 725', 100·, 1160' and 1360' from hand hole ASPB/4**

***ATTENTION*** **This permit is for work performed <u>within the County right-of-way only</u>. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on primary property, contact the County Planning and Development Service Department for permit requirements.**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 360-778-6220 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

| Health & Safety: | Construction: | Scheduling/Paperwork: |
|---|---|---|
| E236 - If archaeological materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5900) shall be contacted immediately to determine the significance of the discovery<br><br>L103 - Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site | E229 - ALL BACKFILL TO BE 5/8" MINUS CRUSHED GRAVEL COMPACTED | E201 - Grouped Wording for Utils<br>- Must be a licensed bonded contractor<br>- Contractor must call 24 hours before construction starts<br>- Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220<br>- No open cuts allowed.<br>- If you are going to plow, you must stay at least 5 feet away from the pavement.<br>- All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.<br>- All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted.<br>- All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.<br>- Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.<br>- No holes left open overnight<br>- All overtime must be approved by the County Engineer Fees will be billed and payable to Whatcom County.<br>- If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.<br>- Nothing is to be covered up until approved by an inspector.<br>E232 - Permit or copy of permit must be on site |

**Permit Fees**

| Name | Amount Due | Amount Paid | Due |
|---|---|---|---|
| 3% Technology Fee (P/P/C/L) | $20.77 | $20.77 | $0.00 |
| Utility Installation - Gas/Power/Comm Lines | $692.25 | $692.25 | $0.00 |
| **Totals:** | **$713.02** | **$713.02** | **$0.00** |

How to request an inspection for your permit....

Inspections:

| Inspection Type | |
|---|---|
| Final Inspection | |

**Whatcom County**
Public Works

Division of Engineering
5280 Northwest Drive, Suite C
Bellingham, WA 98226
360-778-6220
Issued Date: **9/9/2024**

# Encroachment Permit

| | |
|---|---|
| WHIDBEY TELECOM C/O Dave Grimm<br>1957 JOHNSON RD<br>PT ROBERTS, WA | Permit Number:**ENC2022-00062**<br>Parcel Number:**4053044970480000**<br>Site Address:**1353 PELTIER DR 119112-CONV** |

Permit Description:

***ATTENTION*** **This permit is for work performed within the County right-of-way only. It is the responsibility of the applicant to verify the location of the right-of-way. Surveying may be required. For work performed on primary property, contact the County Planning and Development Service Department for permit requirements.**

1. All work must be performed in accordance with the standard plans and specifications of Whatcom County.
2. All work must be performed between the hours of 8:00 A.M. to 4:00 P.M., Monday through Friday, except holidays. Work performed outside these hours must have prior approval from the County Engineer.
3. The County Engineer's office must be notified 24 hours in advance of any construction 360-778-6220 (County 380-8110).
4. Where street closure is involved, a diagram of traffic control, detours and signing must be submitted prior to issuance of this permit.
5. This permit becomes null and void if work or authorized construction has not commenced within 180 days, or if construction/work is suspended or abandoned for a period of 180 days any time after work has commenced.
6. ATTENTION: Notify the Division of Engineering by street address and permit number when ready for inspection. Work must not be covered prior to inspection.

***YOU MUST CALL LOCATE SERVICE TWO (2) FULL BUSINESS DAYS BEFORE YOU DIG (TIME BEGINS THE MORNING AFTER THE CALL IS MADE)*** **1-800-424-5555**

| Health & Safety: | Construction: | Scheduling/Paperwork: |
|---|---|---|
| E236 - If archaeological materials (bone, shell midden, cobble tools, etc.) are observed during site work, work in the area of discovery shall cease and the Whatcom County SEPA Administrator (360-778-5900) shall be contacted immediately to determine the significance of the discovery<br><br>L103 - Proper Erosion Control measures shall be installed prior to any land alteration and maintained throughout the entire land disturbance/construction process. Any evidence of sedimentation shall be controlled and kept on site | E229 - ALL BACKFILL TO BE 5/8" MINUS CRUSHED GRAVEL COMPACTED | E201 - Grouped Wording for Utils<br>- Must be a licensed bonded contractor<br>- Contractor must call 24 hours before construction starts.<br>- Contact the Division of Engineering, Encroachment Inspector at (360) 778-6220.<br>- No open cuts allowed.<br>- If you are going to plow, you must stay at least 5 feet away from the pavement.<br>- All utilities must have a minimum of 36" (inches) of cover and be a minimum of 30" (inches) below the existing ditch bottom.<br>- All shoulder area will be topped with 2" (inches) minimum 5/8" minus of crushed gravel compacted<br>- All spoils are to be removed unless specifically okayed by the County Engineer and replacement to be select material compacted to 95% density.<br>- Crossing of culverts are to be done by placing cable and/or pipe under the culverts unless specifically okayed by the County Engineer.<br>- No holes left open overnight.<br>- All overtime must be approved by the County Engineer. Fees will be billed and payable to Whatcom County<br>- If there is a lapse of more than a day, you must notify the County Inspector at least 24 hours prior to resuming the work.<br>- Nothing is to be covered up until approved by an inspector.<br>E232 - Permit or copy of permit must be on site |

**Permit Fees**

| Name | Amount Due | Amount Paid | Due |
|---|---|---|---|
| 3% Technology Fee (P/P/C/L) | $27.75 | $27.75 | $0.00 |
| Utility Installation - Gas/Power/Comm Lines | $225.00 | $225.00 | $0.00 |
| Utility Pole | $700.00 | $700.00 | $0.00 |
| **Totals:** | **$952.75** | **$952.75** | **$0.00** |

How to request an inspection for your permit....

**Inspections:**

| Inspection Type | |
|---|---|
| Final Inspection | |