UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUMMI NATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPANY d/b/a WHIDBEY TELECOM; WHATCOM COUNTY; UNITED STATES DEPARTMENT OF AGRICULTURE; and UNITED STATES DEPARTMENT OF COMMERCE<br><br>Defendants. | Case No.: 2:26-cv-01435-KKE<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>HEARING DATE: JUNE 18, 2026<br>HEARING TIME: 10:00 AM |

THIS MATTER comes before the Court on Plaintiff's Motion for Preliminary Injunction. The Court having reviewed the records and files herein, including the following material filed by parties in support of and in opposition to the motion:

1. Plaintiff's Motion for Preliminary Injunction *with accompanying exhibits attached thereto*;
2. Declaration of Robert Whitlam in Support of Plaintiff's Motion for Preliminary Injunction;
3. Declaration of Lena Tso in Support of Plaintiff's Motion for Preliminary Injunction;
4. Responses by All Defendants;



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

5. Defendant Whidbey's Response in Opposition to Plaintiff's Motion for Preliminary Injunction;

6. Declaration of Donna Hilty in Support of Defendants Response in Opposition to Plaintiff's Motion for Preliminary Injunction to Plaintiff's Motion for Accelerated Trial Setting, *with accompanying exhibits attached thereto*;

7. ____________________________________________________________:

8. ____________________________________________________________;

9. ____________________________________________________________;

and

10. Plaintiff's reply, if any.

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Preliminary Injunction is DENIED.

DATED this _____ day of May, 2026.

______________________________
Hon. Kymberly K. Evanson
United States District Judge



**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)