UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUMMI NATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPANY d/b/a WHIDBEY TELECOM; WHATCOM COUNTY; UNITED STATES DEPARTMENT OF AGRICULTURE; and UNITED STATES DEPARTMENT OF COMMERCE<br><br>Defendants. | CASE NO.: 2:26-cv-01435<br><br>DECLARATION OF DONNA HILTY IN SUPPORT OF RESPONSE IN OPPOSITION TO LUMMI NATION'S MOTION FOR PRELIMINARY INJUNCTION |

I, Donna Hilty, am above the age of 18 and make this declaration based on information and belief, and am competent to provide the following testimony:

1. I am the Chief Executive Officer (CEO) at Whidbey Telephone Company d/b/a Whidbey Telecom.

2. Whidbey undertook three federally funded broadband infrastructure projects in Point Roberts, Washington: (1) the Community Connect Broadband Grant Project ("Community Connect"), (2) the ReConnect II Grant Project, and (3) the Middle Mile Infrastructure Project ("Middle Mile"). These Projects expanded or will expand essential broadband access to underserved rural communities in Point Roberts, Washington.

**Community Connect Broadband Grant Project**



WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

3. The Community Connect Project is funded through the United States Department of Agriculture ("USDA") Rural Utilities Service grant program and delivers fiber-to-the-home broadband service to Point Roberts, Washington. The project provides symmetrical speeds of 100 Mbps or greater to 218 households in this remote and geographically isolated community, directly advancing federal broadband deployment priorities.

4. Whidbey received Environmental Review approval for the Community Connect Project on June 29, 2022. On April 27, 2023, an inadvertent discovery of a shell midden occurred during ground-disturbing activity for this project. Assistant State Archaeologist James McCrae was present on site at the time of the discovery. All excavation and construction activities in the immediate vicinity ceased that same day. The area was secured with temporary fencing and other protective measures to prevent unauthorized access and further disturbance, and the matter was referred to the USDA for further evaluation. Attached as **Exhibit A** are true and correct copies of photographs depicting the mitigation efforts undertaken by Whidbey to secure the locations and mitigate further damage.

5. On May 1, 2023, John Holman, the General Field Representative at the USDA sent Whidbey and email issuing a stop work order. The federal stop work order is still in effect. Attached as **Exhibit B** is a true and correct copy of an email dated May 1, 2023, from John Holman to Whidbey issuing the stop work order.

6. At USDA's direction, ASM Affiliates conducted a damage assessment for site 45WH560. USDA and DAHP authorized the assessment on November 29, 2023. Following completion of the assessment, the affected areas were backfilled using hand tools. Filter fabric was placed at the base of the excavations and again over the backfilled material, , including a shovel and rake, and a wheelbarrow. Filter fabric was placed at the base of the excavations and again over the backfilled material. Archaeologists then used rakes to level both cultural and



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

sterile fill. The process was documented daily through photographs capturing each stage of backfilling. No additional cultural resources, including cultural artifacts or potential human remains, were encountered or identified in the backfill or within the existing excavations during the mitigation work. Attached as **Exhibit C** is a true and correct copy of the ASM Backfill Report.

7. Following the damages assessment, representatives from the State, the Lummi Nation, USDA, and Whidbey Telecom participated in consultation calls. Those discussions did not extend beyond the scope of the damage assessment. The Lummi Nation had an opportunity to review and comment on the assessment and any related recommendations during these consultations.

8. Since the completion of mitigation activities, the site has remained either backfilled or undisturbed for over three years, with no reported looting, disturbance, or further damage.

**<u>Reconnect II Grant Project</u>**

9. The ReConnect Project also received funding through the USDA Rural Utilities Service grant program and was undertaken to complete a 100% fiber-to-the-home broadband network in Point Roberts, Washington. The project involved approximately 300 feet of boring, 7,000 feet of open trenching, and the use of approximately 19,000 feet of existing conduit infrastructure. The project was designed to enable the delivery of high-speed broadband services with transmission rates of 100 Mbps symmetrical or greater, providing broadband access to all residents within the project area. The network serves an estimated 286 individuals across 144 households in this underserved and geographically isolated community.

10. Whatcom County issued the relevant encroachment permits in March and August 2021.



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

11. Notwithstanding substantial ground-disturbing construction activity, no inadvertent discovery of archaeological resources occurred during any phase of the ReConnect Project. No shell midden, human remains, or other cultural resources were encountered. The project therefore proceeded without archaeological incident, interruption, or agency intervention.

12. The ReConnect Project network is now fully constructed and operational.

13. However, on May 1, 2023, John Holman, General Field Representative for the USDA, sent Whidbey an email issuing a stop work order. *See* **Exhibit B**.

14. Due to the federal stop work order, Whidbey was not permitted to connect homes to the newly constructed network. As a result, the ReConnect Project remains incomplete, and the federal stop work order remains in effect.

**<u>Middle Mile Infrastructure Project</u>**

15. The Middle Mile Infrastructure Project is a third broadband infrastructure project undertaken by Whidbey Telecom in Point Roberts, Washington. The project is funded by the U.S. Department of Commerce's National Telecommunications and Information Administration ("NTIA"). On February 18, 2025, NTIA issued its National Environmental Policy Act ("NEPA") Decision Memorandum for the terrestrial portion of the project, thereby authorizing the release of federal funding.

16. The Middle Mile Project is intended to provide direct fiber access, broadband services, and critical communications infrastructure to underserved communities throughout northwest Washington. Upon completion of Phase I and the broader Point Roberts Middle Mile Infrastructure Project, the project is expected to provide affordable and reliable broadband access to approximately 1,200 unserved residents in Point Roberts, 80,000 residents of Whidbey Island, 5,000 residents of the Lummi Nation, 17,000 residents of San Juan County,



WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

and thousands of additional households in northwest Whatcom County. The project was also intended to provide critical network redundancy to Naval Air Station Whidbey Island.

17. Middle Mile Project has been subject to ongoing federal and state environmental review, including review under Section 106 of the National Historic Preservation Act.

18. On November 6, 2025, Whidbey Telecom's subcontractor, WestLand Resources, conducted a pedestrian cultural resources survey in proximity to site 45WH525 as part of the project review process. During the survey, a suspected human cranial fragment was identified on the surface of an existing pedestrian trail within the Area of Potential Effects near the proposed Point Roberts landing site. Appropriate notification procedures were followed, and the relevant agencies and authorities were informed.

19. Due to delays associated with recovery efforts by the Whatcom County Sheriff's Department, the fragment was subsequently lost and could not be recovered.

20. On March 11, 2026, Josh Fitzpatrick of NTIA submitted a Phase II Section 106 Finding of No Adverse Effect to Historic Properties to the Washington State Historic Preservation Office ("SHPO"). That same day, Rob Whitlam, State Archaeologist and SHPO with the Washington Department of Archaeology and Historic Preservation ("DAHP"), concurred in the Finding of No Adverse Effect. The Phase II Environmental Assessment remains under review at the state and federal levels.

21. Upon identification of the suspected cranial fragment on November 6, 2025, WestLand Resources immediately implemented the appropriate inadvertent discovery procedures and notified the relevant governmental and tribal entities. The discovery occurred on the surface of an existing pedestrian trail and was not the result of trenching or other construction excavation activities.

22. No construction activities or other ground-disturbing work have occurred in the



WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

portion of the project area where the suspected cranial fragment was identified. No trenches have been excavated in that location as part of Phase II construction activities.

23. The only subsurface investigation conducted in the area consisted of limited archaeological shovel test probes performed by qualified archaeologists to evaluate the Area of Potential Effects associated with the proposed submarine landing site. Following evaluation, the small test pits were backfilled using the original excavated material.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 28th day of May, 2026 at Langley, Washington.

Donna Hilty

Donna Hilty



WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 28, 2026, a true and correct copy of the foregoing was served on the attorneys of record listed below, via the method indicated:

| | |
|---|---|
| ***Counsel for Plaintiff***<br>Gabriel David Cantu<br>Lummi Indian Nation<br>2665 Kwina Rd, Suite 2600<br>Bellingham, WA 98226<br>Phone: (360) 384-7110<br>Email: gabrielc@lummi-nsn.gov<br><br>Gregory Alan Werkheiser<br>Marion Forsyth Werkheiser<br>Lydia Dexter<br>Katherine Lee Sorrell<br>Jessie Barrington<br>Cultural Heritage Partners, PLLC<br>1811 E. Grace Street, Suite A<br>Richmond, VA 23223<br>Phone: (202) 567-7594<br>Email: greg@culturalheritagepartners.com<br>marion@culturalheritagepartners.com<br>lydia@culturalheritagepartners.com<br>katherine@culturalheritagepartners.com<br>jessie@culturalheritagepartners.com<br>hannah@cultrualheritagepartners.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Service via Court Application<br>☐ Messenger |
| ***Counsel for Whatcom County***<br>Kenneth W. Harper<br>Quinn N. Plant<br>MENKE JACKSON BEYER, LLP<br>807 N. 39th Avenue<br>Yakima, WA 98902<br>Phone: (509) 575-0313<br>E-mail: kharper@mjbe.com<br>qplant@mjbe.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Service via Court Application<br>☐ Messenger |



**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

| | |
|---|---|
| ***Counsel for Whidbey Telephone Company***<br>Kimberly Larsen Rider, WSBA #42736<br>Rory Leid, WSBA #25075<br>Ashley J. Stephens, WSBA #62939<br>Alexander Walton, WSBA #63150<br>Wathen \| Leid \| Hall \| Rider, PC<br>222 Etruria St<br>Seattle, WA 98109-1659<br>Phone: (206) 622-0494<br>E-mail: krider@wlhr.legal<br>rleid@wlhr.legal<br>astephens@wlhr.legal<br>awalton@wlhr.legal<br>ttomassetti@wlhr.legal<br>sblair@wlhr.legal | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Service via Court Application<br>☐ Messenger |

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 28th day of May, 2026, at Seattle, Washington.

/s/ *Marie V. Sharpe*
Marie V. Sharpe, Legal Assistant
Marie.sharpe@wilsonelser.com



WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)