UNITED STATES DISTRCIT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LUMMI NATION, a federally recognized
Indian Tribe,

Plaintiff,

v.

WHIDBEY TELEPHONE COMPANY, a
Washington public utility corporation;
UNITED STATES DEPARTMENT OF
AGRICULTURE; and WHATCOM
COUNTY,

Defendants.

No. 2:26-cv-01435-KKE

**[PROPOSED] ORDER GRANTING
DEFENDANT WHIDBEY TELECOM'S
MOTION TO DISMISS COUNT VI**

THIS MATTER came before the Court on Defendant Whidbey Telephone Company d/b/a Whidbey Telecom's Motion to Dismiss Count VI pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court has considered the Motion, the response and reply briefing, the pleadings and records on file herein, and the arguments of counsel, if any.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Defendant Whidbey Telecom's Motion to Dismiss Count VI is GRANTED.

2. The Court finds that RCW 27.44.050 requires that an action be brought within two years of the plaintiff's discovery of the alleged violation.

No. 2:26–cv–01435-KKE
**[PROPOSED] ORDER GRANTING DEFENDANT
WHIDBEY TELECOM'S MOTION TO DISMISS COUNT
VI**

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, Washington 98109
(206) 622-0494/Fax (206) 587-2476

3. The Complaint affirmatively alleges that Plaintiff discovered the factual basis for the alleged Community Connect and ReConnect disturbances no later than July 2023. The Complaint was filed on April 27, 2026.

4. Any claim under RCW 27.44 arising from the Community Connect and ReConnect projects is therefore barred by RCW 27.44.050's two-year statute of limitations.

5. Plaintiff's allegation in Paragraph 255 that the Community Connect and ReConnect violations constitute an "ongoing violation" under RCW 27.44.050 fails as a matter of law and does not toll, restart, or otherwise extend the applicable limitations period.

6. Count VI is DISMISSED WITH PREJUDICE.

7. In the alternative, to the extent Count VI could be construed to assert a distinct RCW 27.44 claim based solely upon the alleged Middle Mile project activities occurring in late 2025, all RCW 27.44 theories predicated upon the Community Connect and ReConnect projects are DISMISSED WITH PREJUDICE, and Paragraph 255's ongoing-violation theory is DISMISSED WITH PREJUDICE.

8. Leave to amend the dismissed Community Connect and ReConnect theories is DENIED as futile.

9. Pursuant to RCW 27.44.050(4), Defendant Whidbey Telecom may file a motion seeking recovery of reasonable attorneys' fees and costs incurred in defending Count VI within the time permitted by the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**DONE IN OPEN COURT** this ___ day of _____ 2026.

_____
**UNITED STATES DISTRICT JUDGE**

No. 2:26–cv–01435-KKE
[PROPOSED] ORDER GRANTING DEFENDANT
WHIDBEY TELECOM'S MOTION TO DISMISS COUNT
VI

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

Presented by:

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Alexander M. Walton*
Rory W. Leid, III, WSBA #25075
Kimberly Larsen Rider, WSBA #42736
Ashley J. Stephens, WSBA #62939
Alexander M. Walton, WSBA #63150
*Attorneys for Defendant Whidbey Telecom*
222 Etruria Street
Seattle, WA  98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@wlhr.legal | krider@wlhr.legal
astephens@wlhr.legal | awalton@wlhr.legal


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*s/ Steven G. Wraith (per authorization)*
Steven G. Wraith, WSBA #17364
Corinna Pilat, WSBA #54431
*Attorneys for Defendant Whidbey Telecom*
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main) (206) 709-5901 (fax)
Steven.wraith@wilsonelser.com
Corinna.pilat@wilsonelser.com

No. 2:26–cv–01435-KKE
[PROPOSED] ORDER GRANTING DEFENDANT
WHIDBEY TELECOM'S MOTION TO DISMISS COUNT
VI

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

## CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and corr

| | |
|---|---|
| **Counsel for Plaintiff:**<br>Gregory Alan Werkheiser, Virginia Bar No. 45986<br>Marion Forsyth Werkheiser, Virginia Bar No. 65454<br>Katherine Lee Sorrell, Texas Bar No. 24129460<br>Lydia Dexter, Oregon Bar No. 233151<br>CULTURAL HERITAGE PARTNERS<br>1811 E. Grace Street, Ste. A<br>Richmond, VA 23223<br>info@culturalheritagepartners.com<br>greg@culturalheritagepartners.com<br>marion@culturalheritgepartners.com<br>katherine@culturalheritagepartners.com<br>lydia@culturalheritagepartners.com<br><br>AND<br><br>Gabriel D. Cantu, WSBA No. 52733<br>OFFICE OF THE RESERVATION ATTORNEY,<br>LUMMI NATION<br>2665 Kwina Road<br>Bellingham, WA 98226<br>Tel: (360) 384-7110<br>Email: GabrielC@lummi-nsn.gov | **Via E-mail/E-Service** |
| **Counsel for Defendant Whatcom County:**<br>Kenneth W. Harper, WSBA #25578<br>Quinn N. Plant, WSBA #31339<br>MENKE JACKSON BEYER, LLP<br>807 North 39th Avenue<br>Yakima, WA 98902<br>(509) 575-0313<br>kharper@mjbe.com<br>qplant@mjbe.com | **Via E-mail/E-Service** |
| **Counsel for defendant The United States Department of Agriculture and United States Department of Commerce:**<br>**Klye Lyons-Burke, D.C. Bar 1655452**<br>U.S. Department of Justice | **Via E-mail/E-Service** |

No. 2:26–cv–01435-KKE
**[PROPOSED] ORDER GRANTING DEFENDANT WHIDBEY TELECOM'S MOTION TO DISMISS COUNT VI**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

ENRD/NRS
150 M Street NE
Washington D.C. 20002
kyle.lyons-burke@usdoj.gov
202) 598-3377

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 16th day of June 2026, at Seattle, Washington.

s/Sonia Chakalo
Sonia Chakalo, Legal Assistant
schakalo@wlhr.legal

No. 2:26–cv–01435-KKE
[PROPOSED] ORDER GRANTING DEFENDANT
WHIDBEY TELECOM'S MOTION TO DISMISS COUNT
VI

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476