UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUMMI NATION,<br>Plaintiff,<br><br>vs.<br><br>WHIDBEY TELEPHONE COMPANY, et al.,<br>Defendants. | Case No. 2:26-cv-01435-KKE<br>PLAINTIFF'S MOTION TO EXPEDITE BRIEFING SCHEDULE ON DEFENDANT WHIDBEY TELECOM'S MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>Friday, June 26, 2026 |

Plaintiff Lummi Nation (the "Nation") respectfully moves this Court, in response to the Court's inquiry during oral arguments on Plaintiff's Motion for Preliminary Injunction on June 18, 2026, for an order expediting and setting the briefing schedule on Defendant Whidbey Telephone Company d/b/a Whidbey Telecom's ("Defendant Whidbey Telecom") Motion to Dismiss (Dkt. No. 41). Specifically, the Nation requests that the Court set the following deadlines:

(1) Plaintiff's Response in Opposition to the Motion to Dismiss shall be filed on or before July 2, 2026; and

(2) Defendant Whidbey Telecom's Reply in Support, if any, shall be filed on or before July 9, 2026.



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

## I. STATEMENT OF FACTS AND PROCEDURAL BACKGROUND

On June 16, 2026, Defendant Whidbey Telecom filed its Motion to Dismiss, asserting that Count VI of the Nation's Complaint should be dismissed. Dkt. No. 41. Under Local Civil Rule 7(d)(4), a motion to dismiss is ordinarily noted for consideration on the twenty-eighth day after filing, which would set the Nation's Response in Opposition deadline as July 7, 2026, and Whidbey Telecom's Reply in Support deadline as July 14, 2026.

Good cause exists to set an expedited schedule. The Motion to Dismiss overlaps with issues already briefed in connection with Plaintiff's Motion for Preliminary Injunction (Dkt. No. 12), such that the Parties and the Court will benefit from prompt resolution. Additionally, the proposed deadlines still afford Defendant Whidbey Telecom a full and customary seven-day reply period while advancing prompt resolution of issues that overlap with Plaintiff's Motion for Preliminary Injunction.

Counsel for Plaintiff conferred with counsel for Defendant Whidbey Telecom via email regarding this requested schedule on June 25, 2026. Counsel for Plaintiff did not receive a response before filing this Motion.

## II. ARGUMENT AND AUTHORITY

District courts possess broad discretion to manage their dockets, including the authority to set and modify briefing schedules. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (recognizing the court's inherent power to control the disposition of cases on its docket); Fed. R. Civ. P. 6(b)(4) (authorizing the court to modify briefing schedules for good cause).

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order setting Plaintiff's Response in Opposition to Defendant Whidbey Telecom's



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

Motion to Dismiss (Dkt. No. 41) for July 2, 2026, and Defendant Whidbey Telecom's Reply in Support for July 9, 2026.

Respectfully submitted,

Dated: June 26, 2026

/s/ Gabriel D. Cantu, Bar No. 52733
OFFICE OF THE RESERVATION ATTORNEY,
LUMMI NATION
2665 Kwina Road
Bellingham, WA 98226
Tel: (360) 384-7110
Email: GabrielC@lummi-nsn.gov
/s/ Gregory Alan Werkheiser, Virginia Bar No. 45986
Marion Forsyth Werkheiser, Virginia Bar No. 65454
Katherine Lee Sorrell, Texas Bar No. 24129460
Lydia Dexter, Oregon Bar No. 233151
Jessie Barrington, Virginia Bar No. 100685
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, Virginia 23223
Tel: (202) 567-7594
Emails: greg@culturalheritagepartners.com
marion@culturalheritgepartners.com
katherine@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
*Pro Hac Vice*

/s/ Charles N. Curlett Jr., D.C. Bar No. 497920
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, D.C. 20006
Tel: (202) 567-7594
Email: charles@culturalheritagepartners.com
*Pro Hac Vice*

*Counsel for Plaintiff*

I certify that this memorandum contains 393 words, in compliance with the Local Civil Rules.



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on Defendants via CM/ECF electronic notice.

s/ Gabriel D. Cantu
Counsel for the Lummi Nation
GabrielC@lummi-nsn.gov

*Counsel for Plaintiff*



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110