UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUMMI NATION,<br>Plaintiff,<br>vs.<br>WHIDBEY TELEPHONE COMPANY, et al.,<br>Defendants. | Case No. 2:26-cv-01435-KKE<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE BRIEFING SCHEDULE ON DEFENDANT WHIDBEY TELECOM'S MOTION TO DISMISS |

The Court, having considered Plaintiff's Motion to Expedite Briefing Schedule on Defendant Whidbey Telecom's Motion to Dismiss, HEREBY GRANTS the Motion and SETS the following briefing schedule on Defendant Whidbey Telephone Company d/b/a Whidbey Telecom's ("Defendant Whidbey Telecom") Motion to Dismiss (Dkt. No. 41):

(1) Plaintiff's Response in Opposition to the Motion to Dismiss shall be filed on or before July 2, 2026; and

(2) Defendant Whidbey Telecom's Reply in Support, if any, shall be filed on or before July 9, 2026.



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

IT IS SO ORDERED

DATED this _____________ day of ________________, 2026.

_______________________________

JUDGE KYMBERLY K. EVANSON

Presented By:

/s/ Gabriel D. Cantu, Bar No. 52733
OFFICE OF THE RESERVATION ATTORNEY,
LUMMI NATION
2665 Kwina Road
Bellingham, WA 98226
Tel: (360) 384-7110
Email: GabrielC@lummi-nsn.gov

/s/ Gregory Alan Werkheiser, Virginia Bar No. 45986
Marion Forsyth Werkheiser, Virginia Bar No. 65454
Katherine Lee Sorrell, Texas Bar No. 24129460
Lydia Dexter, Oregon Bar No. 233151
Jessie Barrington, Virginia Bar No. 100685
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, Virginia 23223
Tel: (202) 567-7594
Emails: greg@culturalheritagepartners.com
marion@culturalheritgepartners.com
katherine@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
*Pro Hac Vice*

/s/ Charles N. Curlett Jr., D.C. Bar No. 497920
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, D.C. 20006
Tel: (202) 567-7594
Email: charles@culturalheritagepartners.com

*Pro Hac Vice*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on Defendants via CM/ECF electronic notice.

s/ Gabriel D. Cantu
Counsel for the Lummi Nation
GabrielC@lummi-nsn.gov

*Counsel for Plaintiff*