UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUMMI NATION,

Plaintiff,

vs.

WHIDBEY TELEPHONE COMPANY, et al.,

Defendants.

Case No. 2:26-cv-01435-KKE

ORDER GRANTING PLAINTIFF'S
MOTION TO EXPEDITE BRIEFING
SCHEDULE ON DEFENDANT WHIDBEY
TELECOM'S MOTION TO DISMISS

This matter comes before the Court on Plaintiff Lummi Nation's motion to expedite the briefing schedule on Defendant Whidbey Telephone Company's motion to dismiss. Because Lummi Nation's requested briefing schedule only shortens its own time for opposing the motion to dismiss and does not shorten Whidbey's time to file its reply, the Court finds it appropriate to consider the motion before waiting for Whidbey's response. And because the parties' briefing on the motion to dismiss will assist the Court in resolving Lummi Nation's pending motion for a preliminary injunction, the Court finds good cause to expedite the briefing schedule and therefore GRANTS Lummi's motion for expedited briefing and SETS the following briefing schedule on Whidbey's motion to dismiss (Dkt. No. 41):

ORDER GRANTING PL.'S MOT. EXPEDITE
BR. SCHED. ON DEF. WHIDBEY
TELEPHONE'S MOT. TO DISMISS – 1
CASE NO. 2:26-CV-01435-KKE

LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

(1) Lummi Nation's Response in Opposition to the Motion to Dismiss shall be filed on or before July 2, 2026; and

(2) Defendant Whidbey Telephone Company's Reply in Support, if any, shall be filed on or before July 9, 2026.

IT IS SO ORDERED

DATED this 30th day of June, 2026.

Kymberly K. Evanson
United States District Judge

Presented By:

/s/ Gabriel D. Cantu, Bar No. 52733
OFFICE OF THE RESERVATION ATTORNEY,
LUMMI NATION
2665 Kwina Road
Bellingham, WA 98226
Tel: (360) 384-7110
Email: GabrielC@lummi-nsn.gov

/s/ Gregory Alan Werkheiser, Virginia Bar No. 45986
Marion Forsyth Werkheiser, Virginia Bar No. 65454
Katherine Lee Sorrell, Texas Bar No. 24129460
Lydia Dexter, Oregon Bar No. 233151
Jessie Barrington, Virginia Bar No. 100685
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, Virginia 23223
Tel: (202) 567-7594
Emails: greg@culturalheritagepartners.com
        marion@culturalheritgepartners.com
        katherine@culturalheritagepartners.com
        lydia@culturalheritagepartners.com
        jessie@culturalheritagepartners.com

ORDER GRANTING PL.'S MOT. EXPEDITE
BR. SCHED. ON DEF. WHIDBEY
TELEPHONE'S MOT. TO DISMISS – 2
CASE NO. 2:26-CV-01435-KKE

LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

*Pro Hac Vice*

/s/ Charles N. Curlett Jr., D.C. Bar No. 497920
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, D.C. 20006
Tel: (202) 567-7594
Email: charles@culturalheritagepartners.com

*Pro Hac Vice*

*Counsel for Plaintiff*

ORDER GRANTING PL.'S MOT. EXPEDITE
BR. SCHED. ON DEF. WHIDBEY
TELEPHONE'S MOT. TO DISMISS – 3
CASE NO. 2:26-CV-01435-KKE

LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110