UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUMMI NATION, | CASE NO. C26-1435-KKE |
| Plaintiff(s), | ORDER GRANTING MOTIONS TO SEAL |
| v. | |
| WHIDBEY TELEPHONE CO., et al., | |
| Defendant(s). | |

Plaintiff Lummi Nation and Defendant Whidbey Telephone Co. have each separately moved to file under seal certain exhibits that contain information about the location of archaeological sites likely to contain sensitive cultural resources. Dkt. Nos. 13, 35. Both motions are unopposed. *See* Dkt. Nos. 24, 25; Dkt. No. 35 at 2. And the Court finds that the parties have complied with the meet-and-confer requirement of Local Civil Rule 5(g)(3)(A). Because maintaining the exhibits at issue under seal furthers the public interest in preserving archaeological resources from human disturbance, the Court finds good cause to allow the exhibits to be filed under seal.

Accordingly, the Court GRANTS both motions to seal. Dkt. Nos. 13, 35. The Court ORDERS that the exhibits filed at Dkt. Nos. 20 and 36 shall be maintained under seal. However, Whidbey Telephone has not argued that Whidbey's motion to seal itself (Dkt. No. 35) should be

ORDER GRANTING MOTIONS TO SEAL - 1

maintained under seal; and the Court finds no cause to do so.  Accordingly, the clerk is directed to unseal the motion at Dkt. No. 35.

Dated this 1st day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTIONS TO SEAL - 2