Kenneth W. Harper
Quinn N. Plant
Menk Jackson Beyer, LLP
807 N. 39th Ave.
Yakima, WA 98902
*Attorneys for Defendant*
*Whatcom County*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUMMI NATION, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPANY d/b/a WHIDBEY TELECOM; WHATCOM COUNTY; UNITED STATES DEPARTMENT OF AGRICULTURE; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | NO. 2:26-cv-01435-KKE<br><br>DEFENDANT WHATCOM COUNTY'S RESPONSE TO DEFENDANT WHIDBEY TELECOM'S MOTION TO DISMISS COUNT VI OF COMPLAINT |

## I. INTRODUCTION

Defendant Whatcom County does not oppose the motion for defendant Whidbey Telecom for dismissal of Count VI of the complaint pursuant to Fed. R. Civ. P. 12(b)(6).

## II. BACKGROUND

Plaintiff Lummi Nation brings a claim against Whidbey Telecom under, *inter alia*, the Washington Indian Graves and Records Act ("IGRA"), Ch. 27.44 RCW. (Dkt. #1 at 47-49). The IGRA provides a cause of action against any person who "knowingly removes,



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

mutilates, defaces, injures, or destroys" cultural resources. RCW 27.44.040. The Lummi Nation alleges that Whidbey Telecom "knowingly disturbed and destroyed Lummi burial grounds during activities for . . . three projects at Point Roberts." (Dkt. #1 at 48).

The first project is the Community Connect project, which the Lummi Nation alleges "began construction" no later than March 2023 and "[s]oon after beginning . . . damaged Lummi burial grounds." (Dkt. #1 at 10). The second project is the ReConnect project, which the Lummi Nation alleges began construction in March 2021 and was "damaging Lummi burial grounds" no later than April 2023. (*Id.*, at 11). The third project was the Middle Mile project, which began work in July 2023. (*Id.*). The complaint is vague on when the Middle Mile project first disturbed cultural resources. However, the Lummi Nation alleges that Whidbey Telecom disturbed human remains while performing work on the Middle Mile project in May 2025. (*Id.*).

## III. LEGAL ARGUMENT

Defendant Whidbey Telecom moves for dismissal of Count VI of the complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. #41). Whidbey Telecom argues that the claims alleged by the Lummi Nation under the IGRA are barred by the two-year statute of limitations codified at RW 27.44.050(1). (*Id.*). This statute requires that lawsuit seeking "to secure an injunction, damages, or other appropriate relief" under the IGRA must be brought "within two years of the discovery of the violation by the plaintiff."

Defendant Whatcom County does not oppose the motion of Whidbey Telecom.

## IV. CONCLUSION



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

Defendant Whatcom County does not oppose the motion of Whidbey Telecom for dismissal of County VI of the complaint pursuant to Fed. R. Civ. P. 12(b)(6).

DATED this 1st day of July, 2026.

MENKE JACKSON BEYER, LLP

*s/Kenneth W. Harper*
Kenneth W. Harper, WSBA #25578

*s/Quinn N. Plant*
Quinn N. Plant, WSBA #31339

807 North 39th Avenue
Yakima, WA 98902
(509) 575-0313
kharper@mjbe.com
qplant@mjbe.com
*Attorneys for Defendant*
*Whatcom County*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington that on this day I caused the foregoing document to be filed in the United States District Court for the Western District of Washing via CM/ECF, and served a true and correct copy of the document as follows:

| | |
|---|---|
| ***Counsel for Plaintiffs:***<br>Gregory A. Werkheiser<br>Marion Forsyth Werkeiser<br>Lydia Dexter<br>Katherine Sorrell<br>Jessie Barrington<br>Charles N. Curlett, Jr.<br>Cultural Heritage Partners, PLLC<br>1811 E. Grace St., Suite A<br>Richmond, VA 23223 | greg@culturalheritagepartners.com<br>marion@culturalheritagepartners.com<br>lydia@culturalheritagepartners.com<br>katherine@culturalheritagepartners.com<br>jessie@culturalheritagepartners.com<br>charles@culturalheritagepartners.com<br>hannah@culturalheritagepartners.com |
| ***Counsel for Plaintiff:***<br>Gabriel David Cantu<br>Lummi Indian Nation<br>2665 Kwina Road, Suite 2600<br>Bellingham, WA 98226 | gabrielc@lummi-nsn.gov |
| ***Counsel for Defendant Whidbey Telephone Company/Whidbey Telecom:***<br>Rory W. Leid, III<br>Kimberly Larsen Rider<br>Ashley J. Stephens<br>Alexander Walton<br>Wathen Leid Hall Rider, P.C.<br>222 Etruria Street<br>Seattle, WA 98109-1959 | rleid@wlhr.legal<br>krider@wlhr.legal<br>astephens@wlhr.legal<br>awalton@wlhr.legal<br>schakalo@wlhr.legal |



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

| | |
|---|---|
| ***Counsel for Defendant Whidbey Telephone Company/Whidbey Telecom:***<br>Steven G. Wraith<br>Corinna Pilat<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>520 Pike Street, Suite 2350<br>Seattle, WA 98101 | Steven.wraith@wilsonelser.com<br>Corinna.pilat@wilsonelser.com<br>Marie.sharpe@wilsonelser.com<br>Freida.mason@wilsonelser.com |
| ***Counsel for Defendant United States Department of Agriculture and United States Department of Commerce:***<br>Kyle Lyons-Burke<br>U.S. Department of Justice<br>ENRD/NRS<br>150 M Street NE<br>Washington D.C. 20002 | Kyle.lyons-burke@usdoj.gov |

Dated at Yakima, Washington, this 1st day of July, 2026.

*s/Cindy Maley*
Cindy Maley, Legal Assistant



**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351