Steve LeVeck
ATCO Communications on behalf of Whidbey Tel
708 First St
Snohomish, WA. 98290
May 16th, 2024

Mr. Josh Fitzpatrick
Environmental Program Officer
National Telecommunications and Information Administration

**RE: NTIA-MMG-2-2022 / NIST Award 53-40-MM408:** Point Roberts Middle Mile Infrastructure project; Independent Utility Request for separation of segments one and two.

Dear Mr. Josh Fitzpatrick:

On behalf of Whidbey Tel, we are submitting a request, along with supporting detail for review and consideration of separating the Point Roberts Middle Mile project into two work areas as distinct independent projects which can stand alone in their respective segments.

Overall project includes the starting terrestrial portion from the south, at Admirals Dr on Whidbey Island running north to Moran Beach, Oak Harbor which will start the submarine path to Orca Island, then NE to Pt. Whitehorn or Birch Bay State Park supporting a submarine cable landing and connecting to a 12-mile terrestrial fiber path to Slater Rd supporting Lummi Nation. From the Blaine submarine cable landing, path will head north to final submarine cable landing at Point Roberts and north to the Whidbey Tel Central office.



**Phase 1 Separation:**

Proposed phase 1 separation will include terrestrial only construction on Whidbey Island starting south from Admirals Dr, running north through Coupeville and terminating at Moran Beach, Oak Harbor prior to the planned submarine cable path. This terrestrial route covering 25 miles can stand alone with services supported by optical equipment originating out of the Whidbey Tel Admirals Dr. Telecom Hut and servicing the Greenbank, Coupeville and Oak Harbor communities.



**Phase Two Separation:**

Proposed phase 2 separation will include both terrestrial and submarine cable path from the Whidbey Tel Point Roberts Central Office (terrestrial) to Pt. Roberts Marina, launching submarine cable southeast to Blaine / Pt. Whitehorn or Birch Bay submarine cable landing site and continuing on a terrestrial path 12 miles to Slater Rd establishing a fiber demarc servicing Lummi Nation.

From the Blaine Pt Whitehorn / Birch Bay Submarine Cable landing site, submarine cable will take a SW path to land on Orcas Island. From Orcas Island, final submarine cable segment will route SE to Moran Beach Oak Harbor.

Phase two path can work independently serving communities on Point Roberts and Blaine, and Lummi Nation with fiber equipment installed in the Whidbey Tel Point Roberts Central office, working south.



**Summary:**

Purpose of Independent Utility Request is driven by potential cultural and environmental impacts supporting the Blaine WA submarine cable landing(s). Both the DNR and WA State Parks are reviewing the respective sites to determine feasibility.

Pt. Whitehorn submarine cable landing is at marine environmental risk with the Cherry Point Aquatic Reserve which extends from Pt. Whitehorn, south to Slater Rd which borders the Lummi Reservation. We have identified three potential landing sites along this area, with Pt. Whitehorn mitigating potential cable damage risk with chartered oil vessels and tugboat anchorage activity south of Pt. Whitehorn.

Birch Bay State Park is a preferred landing site from a marine environmental standpoint, but cultural and archaeological concerns from WA State Parks and Lummi Nation place this site at risk as well.

With respect to the APE from WestLand Resources, the report has been completed and ready to submit, with the exception of the Blaine submarine cable landing site. WestLand has indicated the ability to separate the APE to align with the requested phase one and two separation.

With both phases able to operate in an independent configuration, we request your consideration and approval to separate the respective segments.

Sincerely,

**Steve LeVeck**

**Sr. Project Manager - Broadband**

**Mobile: 206.571.1112**

ATCO COMMUNICATIONS SERVICES, LLC
www.atcotelecom.com