UNITED STATES DEPARTMENT OF COMMERCE
National Telecommunications and Information Administration
Washington, DC 20230

**MEMORANDUM FOR:** Jennifer Duane
Director, Grants Management and Compliance
Office of Internet Connectivity and Growth

**FROM:** Josh Fitzpatrick
Environmental Program Officer
Office of Internet Connectivity and Growth

Josh Fitzpatrick Digitally signed by Josh Fitzpatrick Date: 2025.02.18 19:05:33 -06'00'

**SUBJECT:** National Environmental Policy Act (NEPA) Determination/National Historic Preservation Act (NHPA) Whidbey Telecom: Phase I Whidbey Telecom's Terrestrial Fiber: Point Roberts Middle Mile Infrastructure Project

**DATE:** February 18, 2025

---

Description of the Proposed Action

The U.S. Department of Commerce, National Telecommunications & Information Administration (NTIA) has awarded a federal funding grant to Whidbey Telephone Company (Whidbey Tel) through the Enabling Middle Mile Grant Program (MM). Independent utility of the Phase I Whidbey Island project was reviewed and approved by NTIA and the National Institute of Standards and Technology (NIST) on May 23, 2024. The separate and independent proposed Phase I project would consist of a terrestrial cable system on Whidbey Island in Island County, WA, including approximately 41.2 kilometers (25.6 miles) of underground fiber optic cable, between Central Whidbey Island, north to a beach manhole at Moran Beach County Park, and handholes or underground enclosures to provide easy access to the buried cable.

The proposed action will provide direct fiber access, broadband services, and communication facilities to the communities of Central and North Whidbey Island. When complete with this Phase I independent project and the larger overall Point Roberts Middle Mile Infrastructure Project affordable, reliable broadband access would be provided to the following communities in western WA: 1,200 unserved residents of Point Roberts, 80,000 residents of Whidbey Island, 5,000 residents of Lummi Nation, 17,000 residents of San Juan County, and thousands more households in mainland Northwest Whatcom County. Additionally, much needed redundancy would be provided to Naval Air Station Whidbey Island.

The proposed cable route would be buried in the Washington State Highway 20 road Right of Way (ROW) using a combination of 1) trenching using a backhoe and hand dig and 2) horizontal directional drill (HDD) using an HDD rig. No aerial route or utility pole installation is proposed. HDD makes up a larger portion of the cable route and is primarily used to transverse under roads

that intersect the cable route, to avoid impacting sensitive areas, and where there are congested areas with other utilities. The remaining route would be installed using trenching methods (backhoe and/or hand digging). The majority of the project is located within the existing road ROW and/or road prism.

Best management practices (BMPs) would be implemented to minimize impacts to the environment and nearby communities (referenced in Section 3.6 of the Categorical Exclusion (CE) Environmental Review Report). Water resource mitigation measures are to include the HDD crossing method and Best Management Practices (BMPs) utilizing all necessary erosion control devices, silt fences, wattles, and erosion controls. NTIA determined there would be no effect to listed threatened or endangered species.

Washington State Historic Preservation Office (SHPO) concurrence was achieved on December 23, 2024. NTIA coordinated with the Stillaguamish, Suquamish, Samish, and Swinomish Tribal Historic Preservation Officers (THPOs) regarding avoidance methods to the site-45IS97.

**Special Conditions**

**The following special conditions are required to be implemented as part of this NTIA CATEX decision memo approval:**

- **To avoid any potential impacts to the shell midden site-45IS97, Whidbey Tel has obtained a variance from the Washington State Department of Transportation (WSDOT) to install this fiber line segment via horizontal directional drilling (HDD) in this location and shift their subsurface fiber line into the road prism and out of any possibly intact cultural deposits.**
- **Whidbey Tel will work with the Swinomish Tribal Historic Preservation Office (THPO) to ensure a Tribal cultural resources monitor will be present during construction.**
- **The Swinomish THPO and/or their cultural resources monitor will also provide a pre-construction meeting to construction contractors to discuss protocols under the project's inadvertent discovery plan if cultural resources and/or human remains are discovered during construction.**
- **Archeological monitoring is required between Libbey Road and Zylstra Road, near Penn Cove, in the vicinity of site-45IS97, and between W Frostad Road and Jones Road, across the Floodplain of Dugualla Bay, in the vicinity of site-45IS286.**
- **The project is located along Naval Air Station, Whidbey Island Operable Unit (OU) 1, Area 6, which has been previously shown to contain contaminants including 1,4-dioxane, vinyl chloride, dichloroethanes and -ethenes, and trichloroethanes and -ethenes. While the proposed Project would transverse the superfund site boundary, OU 1 Area 6 terminates south of West Ault Field Rd while the proposed Project would be buried north of West Ault Field Rd within the existing ROW. In order to ensure**

**deployment of the project does not redistribute any contamination that could be encountered, including soils, sediments, and groundwater, the project must be coordinated with the Environmental Protection Agency (EPA) Region 10 and the Navy prior to construction.**

- **Ensure that appropriate measures are taken in compliance with applicable regulations (including Resource Conservation and Recovery Act and Comprehensive Environmental Response, Compensation, and Liability Act) if construction occurs in an area where there is the potential for legacy contamination, to protect workers and the public from unacceptable levels of exposure to contaminants as a result of deployment activities.**
- **Develop site-specific Health and Safety Plans that identify all potential physical and chemical hazards present at the site, including historic contamination.**

<u>NTIA Analysis</u>

Based upon a thorough review of the information provided, NTIA concludes no finding of extraordinary circumstances that would warrant further analysis and that this Proposed Action qualifies for the following NTIA, Department of Commerce (DOC), and FirstNet Categorical Exclusions:

- NTIA C-8: Acquisition, installation, reconstruction, repair by replacement, and operation of aerial or buried utility (e.g., water, sewer, electrical), communication (e.g., fiber optic cable, data processing cable and similar electronic equipment), and security systems that use existing rights-of-way, easements, grants of license, distribution systems, facilities, or similar arrangements.

- DOC A-2: New construction upon or improvement of land where all of the following conditions are met:
  - The site is in a developed area and/or a previously disturbed site,
  - The structure and proposed use are compatible with applicable Federal, Tribal, State, and local planning and zoning standards and consistent with Federally approved State coastal management programs,
  - The proposed use will not substantially increase the number of motor vehicles at the facility or in the area,
  - The site and scale of construction or improvement are consistent with those of existing, adjacent, or nearby buildings, and
  - The construction or improvement will not result in uses that exceed existing support infrastructure capacities (roads, sewer, water, parking, etc.).

- FirstNet B.3: Construction of buried and aerial telecommunications lines, cables, and related facilities.

This NEPA determination was made based on the project information provided by Whidbey Telecom. Material misrepresentation of fact upon which NTIA relies when making this determination may require NTIA to reevaluate the sufficiency of the determination, which may result in project delays. Whidbey Telecom must notify NTIA immediately if it discovers that any material information was excluded or misrepresented or if it is contemplating material changes to the project scope.

The grantee and its contractor(s) must comply with all applicable federal, state, local, and Tribal environmental and historic preservation laws and regulations ("Environmental Laws") and must obtain and comply with the terms and conditions of all applicable permits and approvals required to construct and operate the proposed project. If the grantee or its contractor(s) commence or conduct work on any part of a project prior to obtaining required permits and approvals or in violation of the terms and conditions thereof, NTIA may suspend or withdraw project approval pending reevaluation of this determination.