ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
Gabriel Lopez (FL Bar No. 1017629)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| LUMMI NATION,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:26-cv-01435-KKE<br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLANT [DKT. NO. 56]**<br><br>**NOTE ON MOTION CALENDAR: August 18, 2026** |

Pursuant to Fed. R. Civ. P. 15(a)(3), Federal Defendants respectfully moves for an extension of time to respond Plaintiff Lummi Nation's First Amended Complaint. Undersigned counsel conferred with counsel for the parties by way of electronic correspondence on August 4, 2026, and all of the parties agree with the relief requested in this motion.

Currently, the deadline to respond to Plaintiff's First Amended Complaint is August 10, 2026. Lead counsel for the Federal Defendants has recently taken a short leave of absence for

parental leave due to the birth of his first child. Accordingly, undersigned Government counsel has recently been managing this case and needs additional time to familiarize himself with the legal and factual underpinnings of this matter, review case strategy, and confer with agency counsel. This has led to a need to request an extension to respond to Plaintiff's First Amended Complaint.

Accordingly, Federal Defendants request an enlargement of time until August 24, 2026, a total of 14 days, to respond to Plaintiff's First Amended Complaint. Allowing the requested enlargement would not interfere with the scheduling order set by the Court. (Dkt. No. 55).

Dated: August 5, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Gabriel Lopez*
GABRIEL LOPEZ
KYLE LYONS-BURKE
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3377
Gabriel.Lopez2@usdoj.gov
Kyle.Lyons-Burke@usdoj.gov

*Counsel of Record for the United States*