**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| LUMMI NATION,<br><br>Plaintiff,<br><br>v.<br><br>WHIDBEY TELEPHONE COMPANY, et al.,<br><br>Defendants. | Case No.: 2:26-cv-01435-KKE<br><br>**PROPOSED ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLANT [DKT. NO. 56]** |

The Court, having considered the Federal Defendants' unopposed motion for an extension of time in the amount of fourteen days to respond to Plaintiff's First Amended Complaint, hereby **GRANTS** the motion for good cause shown. Federal Defendants shall file a response to Plaintiff's First Amended Complaint by August 24, 2026.

Presented by: /s/ *Gabriel Lopez*

Dated this ___ day of August, 2026.

______________________________________

UNITED STATES DISTRICT JUDGE