UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUMMI NATION,<br><br>Plaintiff(s),<br>v.<br><br>WHIDBEY TELEPHONE CO., et al.,<br><br>Defendant(s). | CASE NO. C26-1435-KKE<br><br>ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLANT |

The Court, having considered the Federal Defendants' unopposed motion (Dkt. No. 58) for an extension of time in the amount of fourteen days to respond to Plaintiff's First Amended Complaint, hereby **GRANTS** the motion for good cause shown. Federal Defendants shall file a response to Plaintiff's First Amended Complaint by August 24, 2026.

Dated this 5th day of August, 2026.

Kymberly K. Evanson
United States District Judge