Kenneth W. Harper
Quinn N. Plant
Menke Jackson Beyer, LLP
807 N. 39th Ave.
Yakima, WA  98902
*Attorneys for Defendant*
*Whatcom County*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUMMI NATION, a federally recognized Indian Tribe, | NO.  2:26-cv-01435-KKE |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT WHATCOM COUNTY'S MOTION TO DISMISS |
| WHIDBEY TELEPHONE COMPANY d/b/a WHIDBEY TELECOM; WHATCOM COUNTY; UNITED STATES DEPARTMENT OF AGRICULTURE; and UNITED STATES DEPARTMENT OF COMMERCE, | NOTE ON MOTION CALENDAR: September 8, 2026 |
| Defendants. | |

THIS MATTER came before the Court on a Motion to Dismiss filed by defendant Whatcom County pursuant to Fed. R. Civ. P. 12(b)(6).

It appearing upon argument of counsel and for good cause shown that the motion should be granted,

IT IS HEREBY ORDERED that defendant Whatcom County's motion to dismiss is GRANTED and plaintiff's claims against Whatcom County are dismissed with prejudice.

[PROPOSED] ORDER GRANTING
DEFENDANT WHATCOM COUNTY'S
MOTION TO DISMISS
NO.  2:26-cv-01435-KKE - 1

DATED THIS _____ day of _____, 2026.

_____
HON. KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ KENNETH W. HARPER
WSBA #25578
s/QUINN N. PLANT
WSBA #31339
Menke Jackson Beyer, LLP
Attorneys for Defendant
Whatcom County
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com
        qplant@mjbe.com

[PROPOSED] ORDER GRANTING
DEFENDANT WHATCOM COUNTY'S
MOTION TO DISMISS
NO.  2:26-cv-01435-KKE - 2

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on this day I caused the foregoing document to be filed in the United States District Court for the Western District of Washington via CM/ECF, and served a true and correct copy of the document as follows:

| | |
|---|---|
| ***Counsel for Plaintiffs:*** <br> Gregory A. Werkheiser <br> Marion Forsyth Werkeiser <br> Lydia Dexter <br> Katherine Sorrell <br> Jessie Barrington <br> Charles N. Curlett, Jr. <br> Cultural Heritage Partners, PLLC <br> 1811 E. Grace St., Suite A <br> Richmond, VA  23223 | greg@culturalheritagepartners.com <br> marion@culturalheritagepartners.com <br> lydia@culturalheritagepartners.com <br> katherine@culturalheritagepartners.com <br> jessie@culturalheritagepartners.com <br> charles@culturalheritagepartners.com <br> hannah@culturalheritagepartners.com |
| ***Counsel for Plaintiff:*** <br> Gabriel David Cantu <br> Lummi Indian Nation <br> 2665 Kwina Road, Suite 2600 <br> Bellingham, WA  98226 | gabrielc@lummi-nsn.gov |
| ***Counsel for Defendant Whidbey Telephone Company/Whidbey Telecom:*** <br> Rory W. Leid, III <br> Kimberly Larsen Rider <br> Ashley J. Stephens <br> Alexander Walton <br> Wathen Leid Hall Rider, P.C. <br> 222 Etruria Street <br> Seattle, WA  98109-1959 | rleid@wlhr.legal <br> krider@wlhr.legal <br> astephens@wlhr.legal <br> awalton@wlhr.legal <br> schakalo@wlhr.legal |

[PROPOSED] ORDER GRANTING
DEFENDANT WHATCOM COUNTY'S
MOTION TO DISMISS
NO.  2:26-cv-01435-KKE - 3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

| | |
|---|---|
| ***Counsel for Defendant Whidbey Telephone Company/Whidbey Telecom:***<br>Steven G. Wraith<br>Corinna Pilat<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>520 Pike Street, Suite 2350<br>Seattle, WA  98101 | Steven.wraith@wilsonelser.com<br>Corinna.pilat@wilsonelser.com<br>Marie.sharpe@wilsonelser.com<br>Freida.mason@wilsonelser.com |
| ***Counsel for Defendant United States Department of Agriculture and United States Department of Commerce:***<br>Kyle Lyons-Burke<br>Gabriel Lopez<br>U.S. Department of Justice<br>ENRD/NRS<br>150 M Street NE<br>Washington D.C.  20002 | Kyle.lyons-burke@usdoj.gov<br>Gabriel.lopez2@usdoj.gov |

Dated at Yakima, Washington, this 10th day of August, 2026.

*s/Cindy Maley*
Cindy Maley, Legal Assistant

[PROPOSED] ORDER GRANTING
DEFENDANT WHATCOM COUNTY'S
MOTION TO DISMISS
NO.  2:26-cv-01435-KKE - 4

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351