# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUMMI NATION,<br><br>Plaintiff,<br><br>vs.<br><br>WHIDBEY TELEPHONE COMPANY, et al.,<br><br>Defendants. | Case No. 2:26-cv-01435-KKE<br><br>**SECOND DECLARATION OF LENA TSO IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS** |

I, Lena Tso under 28 U.S.C. § 1746 hereby declare:

1. My name is Lena Tso. I am over the age of 18 and competent to testify. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called as a witness.

2. I am a citizen of Lummi Nation and the Lummi Nation Tribal Historic Preservation Officer ("THPO") with 20 years of professional experience in the protection of Lummi Nation's cultural resources and the archaeology of Washington State. I have held the position of THPO since 2005. As THPO, I am also the Nation's Repatriation Manager and oversee all matters involving the return and reburial of ancestors.



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

Doc ID: 7898f7060745d4c39cf0c776c8c9b4cf5a64a07c

3. I have recently learned from Federal Defendants' Motion to Dismiss that Whidbey Telecom requested, and the National Telecommunications and Information Administration ("NTIA") approved, the segmentation of Whidbey Telecom's "Point Roberts Middle Mile Infrastructure Project" ("Middle Mile") in May 2024. Dkt. #51-1; Dkt. #51-3.

4. In October 2024, I received an email from NTIA with the subject line: "Whidbey Island Terrestrial Fiber Site Discussion." This email did not mention Middle Mile, or that this outreach related to Middle Mile. The email described the project in question as "provid[ing] direct fiber access, broadband services, and communication facilities to the communities of Central and North Whidbey" and the meeting purpose was to discuss a single specific archaeological site. I received a follow up to this email from NTIA in November 2024, but it contained no additional information about the project that would indicate it related to consultation or communication about Middle Mile.

5. Although Whidbey Island is formally within Lummi Indian Nation's ancestral homelands, and I do provide comments on impacts to certain specific sites located on Whidbey Island, we often elect to "stand aside" when invited to conduct more general consultation on Whidbey Island in favor of other Coastal Salish Nations, such as the Swinomish Indian Tribal Community. Therefore, I did not respond to the discussion invitation for the "Whidbey Island Terrestrial Fiber Site Discussion" from NTIA, because I thought it related to a discrete project only undergoing construction on Whidbey Island.

6. I never received a formal Section 106 coordination notice for the first segment of Middle Mile on December 23, 2024, or any other date, as claimed by NTIA. Dkt. #61 at 13.

7. As stated in my first declaration, in November 2025, Westland Resources (the cultural resources firm hired by Whidbey Telecom to carry out the cultural resources surveys for Middle



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

Doc ID: 783f6760745d4c39cf0c776c8c9b4cf5a64a07c

Mile) provided three days' notice that they would carry out ground disturbing activities for Middle Mile directly east of 45WH525, the site Whidbey Telecom damaged while constructing ReConnect. Dkt. #12-2 ¶ 23. The subject line for this email was "Point Roberts Middle Mile Fiber Project: Moran Beach Park Decatur Island to Point Roberts." Three days is not an adequate amount of time for a THPO's office to provide comments or express concerns about the location of a project's activities.

8. Westland Resources immediately discovered human remains when it began project activities for Middle Mile on November 6, 2025. Those remains were subsequently lost and can never be reinterred.

9. In June 2026, I discovered that NTIA had sent an email via its automated notice tool, the Tower Construction Notification System ("TCNS"), on February 25, 2026, and then again on March 11, 2026, from NTIA staff with the subject line "NOTICE OF ORGANIZATION(S) WHICH WERE SENT PROPOSED BROADBAND PROJECT NOTIFICATION INFORMATION." The project referenced in these emails was the "Whidbey Telecom Submarine Fiber Project." They did not make any reference to Middle Mile or the Middle Mile grant program.

10. At the time I received the emails in February and March 2026, my understanding was that federal agencies used TCNS to notify Tribes about cell tower projects. I was not aware that federal agencies would use this system for notifications related to Middle Mile, a project with a much larger scale and scope than a cell tower, including an approximately 110-mile-long project route.

I declare under penalty of perjury that the foregoing is true and correct.



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

Doc ID: 789f67607745d4c39cf0c776c8c9b4cf5a64a07c

Executed this 14th day of September, 2026, in Bellingham, WA.

______________________________

Lena Tso



LUMMI NATION
Office of the Reservation Attorney
2665 Kwina Road
Bellingham, WA 98226 | Tel: (360) 384-7110

Doc ID: 783f67060745d4c39cf0c776c8c9b4cf5a64a07c