UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUMMI NATION,<br><br>Plaintiff(s),<br>v.<br><br>WHIDBEY TELEPHONE CO., et al.,<br><br>Defendant(s). | CASE NO. C26-1435-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION |

The Court, having considered the Federal Defendants' unopposed motion for an extension of time in the amount of seven days to respond to Plaintiff's Response in Opposition to Federal Defendants' Motion to Dismiss, hereby **GRANTS** the motion (Dkt. No. 66) for good cause shown. Federal Defendants shall file a reply to Plaintiff's Response in Opposition to Federal Defendants' Motion to Dismiss no later than September 28, 2026.

The Clerk is directed to renote Dkt. No. 61 to September 28, 2026.

Dated this 16th day of September, 2026.

Kymberly K. Evanson
United States District Judge